# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 22-CR-244 |
| : | |
| **HATCHET SPEED** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Tighe Beach, who may be contacted by telephone at (240) 278-4348 or by email at tighe.beach@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Beach joins Ms. Loeb and Mr. McWaters, who remain assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Tighe Beach*
TIGHE BEACH
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
(240) 278-4348
Tighe.beach@usdoj.gov
CO Bar No. 55328

## **CERTIFICATE OF SERVICE**

On this 21th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Tighe Beach*