IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> HATCHET M. SPEED, ) <br> ) <br>    Defendant. ) <br> _____) | **Criminal No. 22-CR-244** <br> **Hon. Trevor N. McFadden** |

### ORDER

Upon consideration of the foregoing motion, it is this ____ day of _____, 2023 hereby,

**ORDERED** that the Defendant's Motion to Continue Trial Date is **GRANTED**; and it is further,

**ORDERED** that the new trial date will be _____.

**SO ORDERED.**

_____
Judge