UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **HATCHET SPEED**, <br><br> Defendant. | Case No. 1:22-cr-00244 (TNM) |

**ORDER**

A grand jury indicted Hatchet Speed on five counts related to his conduct in the U.S. Capitol on January 6, 2021.  *See* Superseding Indictment, ECF No. 38.  This Order addresses some but not all the ripe motions filed before Speed's trial.  It is hereby

**ORDERED** that the Government's [30] Motion in Limine Regarding Evidence of Camera Location is **GRANTED** as unopposed.  It is also

**ORDERED** that the Government's [31] Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness is **GRANTED** as unopposed.  It is also

**ORDERED** that Defendant's [48] Motion to Dismiss Count One of the Indictment is **DENIED**.  Many of the arguments Defendant makes against 18 U.S.C. § 1512(c)(2)'s application in these circumstances have already been rejected by this and other courts in this district.  *See, e.g.*, *United States v. Hale-Cusanelli*, No. 21-cr-37, 2022 WL 4300000, at *1–2 (D.D.C. Sept. 19, 2022).  Defendant also argues that certification of the Electoral College vote is not a "proceeding before the Congress" as defined in 18 U.S.C. § 1515(a)(1)(B) because it does not involve the administration of justice.  This is not persuasive.  The Court agrees with "[m]ost judges in this district" that § 1512(c) is not limited to a specific obstruction offense such as obstruction of the administration of justice.  *United States v. Seefried*, No. 21-cr-287, 2022 WL 16528415, at *11

(D.D.C. Oct. 29, 2022); *see also*, *e.g.*, *United States v. Montgomery*, 478 F. Supp. 3d 54 (D.D.C. 2021).  Is it further

**ORDERED** that Defendant's [49] Motion to Dismiss Case for Vindictive Prosecution is **DENIED** for the reasons that will be given on the record at the pre-trial conference.

**SO ORDERED**.

Dated: February 28, 2023                                              TREVOR N. McFADDEN, U.S.D.J.