Vv ☐
V ☐
Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
**Court**

**UNITED STATES OF AMERICA**

VS.

**HATCHET SPEED**

Criminal No. **1:22-cr-00244-TNM**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| A. | 00 Series – Search Warrant/Physical Evidence | | | |
| 1 | OnePlus Phone | | | |
| 2 | Red "Make America Great Again" hat | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 3 | Burgundy Mammut Zip Jacket | | | |
| 4 | Green Solomon Boots | | | |
| 5 | Black Face Masks | | | |
| 6 | Black Oakley Sunglasses | 3-2-2023 | 3-2-2023 | |
| 7 | Backpack | 3-2-2023 | 3-2-2023 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 8 | Photograph of Samurai Tactical Backpack | | | |
| 9 | Photograph of Samurai Tactical Backpack with Handle | | | |
| 10 | Photograph of Black Face Mask | 3-2 2023 | 3-2-2023 | |
| 11 | Photograph of Front of Mammut Jacket | " | " | |
| 12 | Photograph of Back of Mammut Jacket | " | " | |
| 13 | Photograph of Hard Shell Inside MAGA Ha | " | " | |
| 14 | Photograph of Hard Shell inside MAGA Hat 2 | " | " | |
| 15 | Photograph of Top View of MAGA Hat | " | " | |
| 16 | Photograph of Tan Shirt | | | |
| | *Intentionally Left Blank* | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | *Intentionally Left Blank* | | | |
| **B.** | **100 Series – Maps and Images of the Capitol** | | | |
| 101 | Aerial Photograph of U.S. Capitol | 3-2-2023 | 3-2-2023 | Thomas Lloyd |
| 102 | Map Showing Restricted Area | ʺ | ʺ | |
| 103 | 3D Model of U.S. Capitol | ʺ | ʺ | Thomas Lloyd |
| 104 | 3D Model of U.S. Capitol - Northwest | ʺ | ʺ | Thomas Lloyd |
| 105 | Area Closed Sign | ʺ | ʺ | |
| 106 | West Lawn with Signs | ʺ | ʺ | |
| 107 | West Lawn with Signs (Two Layers) | ʺ | ʺ | |
| 108 | Area Closed Sign on Rack | 3-2-2023 | 3-2-2023 | Thomas Lloyd |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 109 | U.S. Capitol Base Map | | | |
| 110 | U.S. Capitol Floor Plan - Basement | 3-2-2023 | 3-2-2023 | |
| 111 | U.S. Capitol Floor Plan - First Floor | " | " | Thomas Lloyd |
| 112 | U.S. Capitol Floor Plan - Second Floor | " | " | |
| 113 | U.S. Capitol Floor Plan - Third Floor | " | " | |
| | | | | |
| C. | **200 Series – US Capitol Police CCV and Body-Worn Camera Footage** | | | |
| 201 | USCP CCV Montage with Radio Runs (Shortened) | 3-2-2023 | 3-2-2023 | Thomas Lloyd |
| 202 | USCP CCV Montage | " | " | Thomas Lloyd |
| 203 | Lower West Terrace Time-Lapse Video | " | " | Thomas Lloyd |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 203A | Still of Lower West Terrace – at 12:30:41 PM | 3-2-2023 | 3-2-2023 | |
| 204 | USCP Video – Cam. 0462 | " | " | |
| 204A | Still of Vice President Pence's Evacuation | " | " | |
| 205 | USCP Video – Cam. 0932 (CVC Elevator Tower South) | " | " | |
| 206 | USCP Video – Cam. 0903 | " | " | |
| 207 | USCP Video – Cam. 0925 (Upper Terrace West) | " | " | |
| 207A | Still – Cam. 0925 (Upper Terrace West) | " | " | Mariam Hanna |
| 208 | USCP Video – Cam. 0926 (Upper Terrace West) | " | " | |
| 209 | USCP Video – Cam. 0689 (Parliamentarian Door) | " | " | |
| 210 | USCP Video – Cam. 0102 (Senate Wing Door) (2:31:00pm) | " | " | Daniel Amendola |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 211 | USCP Video – Cam. 0102 (Senate Wing Door) (2:39:00pm) | 3-2-2023 | 3-2-2023 | Daniel Amendola |
| 211A | Stills from USCP Cam. 0102 (Speed's entrance) | " | " | Mariam Hanna |
| 211B | USCP Video – Cam. 0102 (Senate Wing Door) (clip from 3:00:24 pm-3:00:44 pm) | " | " | Mariam Hanna |
| 212 | USCP Video – Cam. 0402 (Crypt North) | " | " | |
| 213 | USCP Video – Cam. 0403 (Crypt South) | " | " | |
| 214 | USCP Video – Cam. 0718 (Crypt East) | " | " | |
| 214A | Stills from USCP Crypt Cameras | " | " | Mariam Hanna |
| 215 | USCP Video – Cam. 0171 (Memorial Door) | " | " | |
| 216 | USCP Video – Cam. 0154 (House Wing Door) | " | " | Thomas Lloyd |
| 217 | USCP Video – Cam. 0102 (Senate Wing Door) | " | " | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 217A | Stills from USCP Cam. 0102 (Speed's exit) | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 218 | USCP Video – Cam. 7206 (Crypt Lobby East) | | | |
| 219 | BWC – Officer Bogner (2:03pm) | | | |
| | | | | |
| **D.** | **250 Series – US Capitol Police Radio Runs** | | | |
| 251 | 13.06 Main Ops 1 4.48.30.mp4 (crowd fighting with officers) | | | |
| 252 | 13.18 Main Ops 1 5.00.35.mp4 (We need munitions. Unload! Take em out!) | 3-2-2023 | 3-2-2023 | Thomas Lolyd |
| 253 | 13.32 Main Ops 1 5.15.20.mp4 (Crowd continues to be noncompliant) | 3-2-2023 | — | Thomas Lloyd |
| 254 | 13.42 Main Ops 1 5.24.51.mp4 (We have people breaching the scaffolding) | 3-2-2023 | 3-2-2023 | Thomas Lloyd |
| 255 | 13.50 Main Ops 1 5.31.55.mp4 (Individual breaching West Terrace) | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 256 | 13.58 Main Ops 1 5.41.24.mp4 (1:58pm Prepare to Evacuate Lower West Terrace) | | | |
| 257 | 14.48 Main Ops 1 6.30.55.mp4 (Members barricaded inside H-152) | | | |
| 258 | 14.50 Main Ops 1 6.32.54.mp4 (Path out of House chamber. Open the doors!) | 3-2-2023 | 3-2-2023 | Thomas Lloyd |
| 259 | 15.13 Main Ops 1 6.55.12.mp4 | | | |
| 260 | 16.29 Main Ops 1 8.11.15.mp4 (Basement, Crypt, First Floor Secure) | | | |
| 261 | Full Radio Run (12 hour version) | | | |
| 262 | Full Radio Run – Demonstration Main Ops 1 (12 hour version) | | | |
| 263 | Full Radio Run – Demonstration Main Ops 2 (12 hour version) | | | |
| | | | | |
| | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| E. | 300 Series – FBI Undercover Employee Evidence (UCE) | | | |
| | | | | |
| 301 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 301A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 302 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 302A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 303 | UCE Audio | | | |
| 303A | UCE Audio Transcript | | | |
| 304 | UCE Audio | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 304A | UCE Audio Transcript | | | |
| 305 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 305A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 306 | UCE Audio | | | |
| 306A | UCE Audio Transcript | | | |
| 307 | UCE Audio | 3-2-2023 | abeyance | |
| 307A | UCE Audio Transcript | | — | |
| 308 | UCE Audio | 3-2-2023 | — | |
| 308A | UCE Audio Transcript | 3-2-2023 | — | |
| 309 | UCE Audio | 3-2-2023 | 3-2-2023 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 309A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 310 | UCE Audio | | | |
| 310A | UCE Audio Transcript | | | |
| 311 | UCE Audio | | | |
| 311A | UCE Audio Transcript | | | |
| 312 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 312A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 313 | UCE Audio | 3-2-2023 | — | |
| 313A | UCE Audio Transcript | 3-2-2023 | — | |
| 314 | UCE Audio | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 314A | UCE Audio Transcript | | | |
| 315 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 315A | UCE Audio Transcript | 1 | 11 | |
| 316 | UCE Audio | 1 | 11 | |
| 316A | UCE Audio Transcript | 11 | 11 | |
| 317 | UCE Audio | 1 | 11 | |
| 317A | UCE Audio Transcript | 11 | 11 | |
| 318 | UCE Audio | 11 | 11 | |
| 318A | UCE Audio Transcript | 11 | 11 | |
| 318 Extended | UCE Audio Extended | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 319 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 319A | UCE Audio Transcript | ll | ll | |
| 320 | UCE Audio | ll | ll | |
| 320A | UCE Audio Transcript | ll | ll | |
| 321 | UCE Audio | ll | ll | |
| 321A | UCE Audio Transcript | ll | ll | |
| 322 | UCE Audio | ll | ll | |
| 322A | UCE Audio Transcript | ll | ll | |
| 323 | UCE Audio | ll | ll | |
| 323A | UCE Audio Transcript | ll | ll | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 324 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 324A | UCE Audio Transcript | 3-2-2023 | `` | |
| 325 | UCE Audio | 3-2-2023 | `` | |
| 325A | UCE Audio Transcript | 3-2-2023 | `` | |
| 326 | UCE Audio | 3-2-2023 | `` | |
| 326A | UCE Audio Transcript | 3-2-2023 | `` | |
| 327 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 327A | UCE Audio Transcript | `` | `` | |
| 328 | UCE Audio | | | |
| 328A | UCE Audio Transcript | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 329 | UCE Audio | 3-2-2023 | — | |
| 329A | UCE Audio Transcript | 3-2-2023 | — | |
| 330 | UCE Audio | 3-2-2023 | — | |
| 330A | UCE Audio Transcript | 3-2-2023 | — | |
| 331 | UCE Audio | 3-2-2023 | — | |
| 331A | UCE Audio Transcript | 3-2-2023 | — | |
| 332 | UCE Audio | 3-2-2023 | — | |
| 332A | UCE Audio Transcript | 3-2-2023 | — | |
| 333 | UCE Audio | | | |
| 333A | UCE Audio Transcript | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 334 | UCE Audio | 3-2-2023 | — | |
| 334A | UCE Audio Transcript | 3-2-2023 | — | |
| 335 | UCE Audio | | | |
| 335A | UCE Audio Transcript | | | |
| 336 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 336A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |
| 337 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 337A | UCE Audio Transcript | ʳⁱ | ⁱⁱ | |
| 338 | UCE Audio | 3-2-2023 | 3-2-2023 | |
| 338A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | | | | |
| F. | **400 Series – Hatchet Speed Phone Evidence** | | | |
| | | | | |
| 401 | 10/31/20 9:35 a.m. Speed/Waits texts | 3-2-2023 | — | Mariam Hanna |
| 402 | *Intentionally Left Blank* | | | Created a PDF that says "Intentionally Left Blank" |
| 403 | 11/3/20 4:42 p.m. Speed/Waits texts | | | |
| 404 | 11/7/20 6:58 p.m. Speed/Duke texts | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 405 | 11/13/20 6:49 p.m. Speed/Waits texts | 3-2-2023 | — | Mariam Hanna |
| 406 | 11/14/20 8:51 p.m. Speed/Duke texts | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 407 | 1/1/21 3:18 p.m. Speed/Redding texts | '' | '' | Mariam Hanna |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 408 | 1/1/21 3:25 p.m. Speed texts | | | |
| 409 | 1/1/21 3:49 p.m. Speed text | | | |
| 410 | 1/6/21 3:53 p.m. Speed/Redding texts | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 411 | 1/6/21 4:07 p.m. Speed/Redding texts | " | " | Mariam Hanna |
| 412 | 1/6/21 4:10 p.m. Speed/Waits texts | " | " | Mariam Hanna |
| 413 | 1/6/21 4:30 p.m. Speed/Redding texts | " | " | Mariam Hanna |
| 414 | 1/6/21 8:47 p.m. Speed/Redding texts | " | " | Mariam Hanna |
| 415 | 1/7/21 4:48 p.m. Speed/Redding texts | " | " | Mariam Hanna |
| 416 | 1/7/21 7:55 p.m. Speed/Redding texts | " | " | Mariam Hanna |
| 417 | Cellebrite Extraction Summary for Hatchet Speed's Phone. | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 418 | VID_202106_120146 | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 419 | Timestamp Chart for Cell Phone Photos and Videos | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 420-449 | Intentionally Left Blank | | | |
| | *Intentionally Left Blank* | | | |
| 450 | Photo - IMG_20201114_110445 | | | |
| 451 | Photo - IMG_20201114_110449 | | | |
| 452 | Photo - IMG_20201114_110456 | 3-2-2023 | — | Mariam Hanna |
| 453 | Photo - IMG_20201114_111300 | | | |
| 454 | Photo - IMG_20201114_111354 | 3-2-2023 | — | Mariam Hanna |
| 455 | Photo - IMG_20201114_111401 | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 456 | Photo - IMG_20201114_111410 | | | |
| 457 | Photo - IMG_20201114_111539 | | | |
| 458 | Photo - IMG_20201114_111628 | 3-2-2023 | — | Mariam Hanna |
| 459 | Photo - IMG_20201114_111911 | | | |
| 460 | Video - VID_20201114_112347 | | | |
| 461 | Photo - IMG_20201114_124417 | | | |
| 462 | Photo - IMG_20201114_125613 | | | |
| 463 | Photo - IMG_20201114_125834 | | | |
| 464 | Video - VID_20201114_125908 | | | |
| 465 | Photo - IMG_20201212_093449 | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 466 | Photo - IMG_20201212_102438 | | | |
| 467 | Video - VID_20201212_102648 | | | |
| 468 | Photo - IMG_20201212_103829 | | | |
| 469 | Photo - IMG_20201212_103838 | | | |
| 470 | Photo - IMG_20210106_153702 | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 471 | Photo - IMG_20210106_153707 | " | " | Mariam Hanna |
| 472 | Photo - IMG_20210106_154533 | " | " | Mariam Hanna |
| 473 | Photo - IMG_20210106_154917 | " | " | Marriam Hanna |
| 474 | Photo - IMG_20210106_155215 | " | " | Marriam Hanna |
| 475 | Photo - IMG_20210106_155222 | " | " | Marriam Hanna |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 476 | Photo - IMG_20210106_161156 | 3-2-2023 | 3-2-2023 | Thomas Lloyd Mariam Hanna |
| 477 | Photo of Book Cover: The International Jew Volumes III and IV | | | |
| 478 | Nazi Flag Image | | | |
| 478A | Nazi Flag Metadata | | | |
| 479 | Rebellion Flag | | | |
| 480 | "Jews to Gas" Image | | | |
| 480A | "Jews to Gas" Metadata | | | |
| | | | | |
| G. | **500 Series – Hatchet Speed Google Account Evidence** | | | |
| 501 | Google 902(11) certificate for Speedness Google Account | 3-2-2023 | 3-2-2023 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 502 | Google Subscriber Information | 3-2-2023 | 3-2-2023 | |
| 503 | Google Device Information | ı ı | ı ı | |
| 504 | Natsec Questionnaire | | | |
| 505 | Natsec Questionnaire_Metadata | | | |
| 506 | 6022 Munson Hill Rd - 2022 Expense Breakdown | | | |
| 506A | 6022 Munson Hill Rd - 2022 Expense Breakdown – metadata | | | |
| 507 | Cover and Table of Contents of Book; The Jews of Khazaria | | | |
| 507A | Metadata for Jews of Khazaria | | | |
| 508 | Cover/table of contents of Book; Between the Lines of Drift, The Memoirs of a Militant, Third Edition, by Eric Rudolph | | | |
| 509 | Cover/table of contents of Book: Lysander Spooner Reader | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 509A | Metadata for Lysander Spooner Reader | | | |
| 510 | Google search history - Jews and Public Office | | | |
| 511 | Google Search history - Storming the Capitol | | | |
| 512 | Google Chrome - Pages Relating to President Biden | | | |
| 512A | Chrome page: Biden's Executive Actions on Gun Control Drive Another Nail Into Freedom | | | |
| 512B | Chrome page: Fox News Host Asks Dr. Carson If Biden Is Legitimate President | | | |
| 512C | Chrome page: Biden DOJ "Actively Considering" Domestic Terrorism Law To Target White Supremacists | | | |
| 512D | Chrome page: BidenLies | | | |
| 512E | Chrome page: Biden's Border Recipe | | | |
| 512F | Chrome page: Biden's Latest Middle Finger To America- Releases 9/11 20th Hijacker | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 513 | Google Chrome - Pages relating to 2020 Election | | | |
| 513A | Chrome page: General Flynn Clarified Trump Won | | | |
| 513B | Chrome page: Mike Pence 'Proud' to Certify the Election | | | |
| 514 | Google Chrome - Trump, Israel, Anti-Semitism | | | |
| 514A | Chrome page: Trump Called Out Jared Kushner | | | |
| 514B | Chrome page: Trump Condemned by ADL | | | |
| 515 | Google Chrome: Biden's Jewish Family | | | |
| 515A | Chrome page: Biden's Very Jewish Family | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 516 | Selected YouTube Videos Viewed | | | |
| 516A | YouTube: Trump to Give Speech on Election Night | | | |
| 516B | YouTube: Suitcases Filled with Ballots | | | |
| 516C | YouTube: Video Message from President Trump | | | |
| 517 | 8/17/20 Looking to Join Email | | | |
| 518 | 11/11/20 Million MAGA March Email | 3-2-2023 | — | Mariam |
| 519 | 12/10/20 Rally! Email | 3-2-2023 | — | Mariam |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 520 | 12/10/20 Military Mumbo Jumbo Email | 3-2-20 | — | Mariam Hanna |
| 521 | 12/14/20 Rally! Email | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 522 | 12/20/20 Rally! Email | | | |
| 523 | 1/8/21 Speed Email | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 524 | 1/12/21 Speed Email | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 525 | 1/14/21 Perspective Email | | | |
| 526 | 1/23/21 Yo Email | 3-2-2023 | 3-2-2023 | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 527 | 9/23/21 Making a Difference Email | | | |
| 528 | 1/7/22 Email with Referenced Resume Attachment | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 529 | *Intentionally Left Blank* | | | |
| 530 | *Intentionally Left Blank* Video | 3-2-2023 | 3-2-2023 | Jay Rushing |
| 531 | Speedness@Gmail.Com.Selected Location History | 3-2-2023 | 3-2-2023 | Jay Rushing |
| 532 | Speedness@Gmail.Com Video Mapping Google Location History, 1/6/21-1/7/21 | 3-2-2023 | 3-2-2023 | Jay Rushing |
| 533 | Speedness@Gmail.Com Location History with Radii, 1/6/21-1/7/21 | 3-2-2023 | 3-2-2023 | Jay Rushing |
| 534 | Google Location | 3-2-2023 | 3-2-2023 | Jay Rushing |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| H. | **600 Series – Congressional Evidence** | | | |
| 601 | Transcript of Daniel Schwager (Senate) Testimony - *U.S. v. Hale-Cusanelli* | 3-2-203 | 3-2-2023 | |
| 602 | Congressional Montage Video | ιι | )ι | |
| 603 | Screenshots from Senate Chamber Video | | | |
| 604 | Screenshots from House Chamber Video | | | |
| 605 | U.S. Constitution, Amendment 12 Highlighted | ιι | ιι | |
| 606 | 3 U.S.C. § 15 – Highlighted | ιι | ιι | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 607 | 3 U.S.C. § 16 – Highlighted | 3-2-2023 | 3-2-2023 | |
| 608 | 3 U.S.C. § 17 | " | " | |
| 609 | 3 U.S.C. § 18 | " | " | |
| 610 | Senate Concurrent Resolution I – Highlighted | " | " | |
| 611 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | " | " | |
| 612 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | " | " | |
| | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| I. | **700 Series – Third Party Video** | | | |
| 701 | Christopher Worrell Facebook video_10217566002612945.mp4 | 3-2-2023 | 3-2-2023 | Thomas Lloyd Mariam Hanna |
| 701A | Screenshots from Worrell Facebook Video | | | |
| 702 | Lower West Terrace Video | 3-2-2023 | 3-2-2023 | Thomas Lloyd Mariam Hanna |
| 703 | William Chrestman Video | 3-2-2023 | 3-2-2023 | |
| 703A | William Chrestman Video (enhanced) | '' | '' | Thomas Lloyd Mariam Hanna |
| 704 | Lisa Bennantan Video | '' | '' | Thomas Lloyd |

  
| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 704A | Lisa Bennantan Video (enhanced) | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 704B | Screenshot of Lisa Bennantan Twitter page | | | |
| 704C | CCTV/Bennatan Side-by-Side | " | )" | Thomas Lloyd |
| 705 | Parliamentarian Door Open-Source Video | " | " | Daniel Amendola |
| 705A | Parliamentarian Door Video 1 | " | " | Mariam Hanna |
| 705B | Parliamentarian Door Video 2 | " | " | Thomas Lloyd Mariam Hanna |
| 705C | CCTV/KMZ Side-by-Side | " | " | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 705D | CCTV/Parliamentarian Door Side-by-Side Video | " | " | Thomas Lloyd |
| 706 | NW Courtyard Video | 3-2-2023 | 3-2-2023 | |
| 706A | CCTV /NW Courtyard Video Side-by-Side | " | " | |
| 707 | Parler 2:47 p.m. Video | | | |
| 708 | Walkthrough Video (Michael McCormick) | " | " | Mariam Hanna |
| 708A | Walkthrough Video (Michael McCormick) – clipped version | " | " | |
| 708B | CCTV/McCormick Side-by-Side | " | " | Daniel Amendola |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 709 | Baked Alaska Video 1 – clipped version | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 709A | Still from Baked Alaska Video 1 | | | |
| 709B | CCTV/Baked Alaska Side-by-Side | " | " | Daniel Amendola |
| 710 | Nigrotime Video | | | Daniel Amendola |
| 710A | CCTV/Nigrotime Side-by-Side | | | |
| 711 | Clip from @Nigrotime | " | " | Mariam Hanna |
| 712 | SCNR Video | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 713 | SCNR Clip | | | |
| 713A | Photo of Damaged Door from SCNR | 3-2-2023 | 3-2-2023 | |
| 714 | Bucky Turco Video | 1c | 11 | Mariam Hanna |
| 714A | Still from Bucky Turco Video | | | |
| 714B | CCTV/Bucky Turco Side-by-Side | | | |
| 715 | Baked Alaska Video 2 | 1c | 11 | |
| 715A | Baked Alaska Video 2 Still | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 715B | CCTV /Baked Alaska (Exit) Side-by-Side | | | |
| | | | | |
| **J.** | **800 Series – Stipulations** | | | |
| | | | | |
| 801 | Omnibus | | Stipulated | |
| 802 | Identity | | ll | |
| 803 | Chain of Custody | | ll | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 804 | Authenticity of UCE Recordings | | *ll* | |
| 805 | Cell Phone and Google Evidence | | *ll* | |
| | | | | |
| **K.** | **900 Series – Other Documents** | | | |
| | | | | |
| 900 | Transcript of Inspector Lanelle Hawa (USSS) Testimony - *U.S. v. Griffin* | 3-2-2023 | 3-2-2023 | |
| 901 | HOS Notification and Worksheet | *ll* | *ll* | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 902 | 902(11) Certificate – JPMorganChase | | | |
| 902A | JPMorgan Chase Bank Records - January 2021 | | | |
| 902B | JPMorgan Chase Bank Records - February-May 2021 | | | |
| 902C | JPMorgan Chase Bank Records - January 2020-August 2021 | | | |
| 903 | 902(11) Certificate – Wells Fargo | | | |
| 903A | Wells Fargo Bank Statements | | | |
| 904 | Amazon 902(11) Certificate | 3-2-2023 | 3-2-2023 | Mariam Hanna |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 904A | Amazon Purchase Records | | | |
| 904B | Selected Amazon Purchase Records | 3-2-2023 | — | Mariam Hanna |
| 905 | Summary Chart of Firearms Purchases from February 2021 to May 2021 | | | |
| 905A | 902(11) Certificate – Vienna Arsenal (Nov. 4, 2022) | | | |
| 905B | ATF Forms 4473 and Virginia Firearms Transaction Records – Vienna Arsenal | | | |
| 905C | 902(11) Certificate – Vienna Arsenal (Nov. 16, 2022) | | | |
| 905D | ATF Forms 4473 and Virginia Firearms Transaction Records – Vienna Arsenal | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 905E | 902(11) Certificate – Herndon Arms (Nov. 4, 2022) | | | |
| 905F | ATF Form 4473 and Virginia Firearms Transaction Record – Herndon Arms | | | |
| 905G | Summary Chart – Information from ATF Forms 4473 | | | |
| | *Intentionally Left Blank* | | | |
| 906 | 902(11) Certificate for Christopher Worrell's Facebook Account | 3-2-2023 | 3-2-2023 | Mariam Hanna |
| 907 | Facebook records for Christopher Worrell | | | |
| 907A | Excerpt from Worrell Facebook Records | 3-2-2023 | 3-2-2023 | Mariam Hanna |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 908 | Transcript of Captain Carneysha Mendoza (USCP) testimony – *U.S. v. Herrera* | 3-2-2023 | 3-2-2023 | |