UNITED STATES OF AMERICA

VS.

HATCHET SPEED

Criminal No. **1:22-cr-00244-TNM-2**

- Government ☐
- Plaintiff ☐
- Defendant ☒
- Joint ☐
- Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 001 | UCE Audio | | | | |
| 001A | UCE Audio Transcript | | | | |
| 002 | UCE Audio | 3-2-2023 | 3-2-2023 | | |
| 002A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | | |
| 003 | UCE Audio | 3-2-2023 | 3-2-2023 | | |
| 003A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | | |
| 004 | UCE Audio | 3-2-2023 | 3-2-2023 | | |
| 004A | UCE Audio Transcript | 3-2-2023 | 3-2-2023 | | |
| | | | | | |

1