*United States v. Hatchet Speed*, 22CR244

Exhibit A

Letters from Loved Ones

Mrs. Amber McCraw

8 March 2023

The Honorable Michael S. Nachmanoff
United States District Judge

Dear Judge Nachmanoff,

    My name is Amber McCraw, and I reside at ███████████████████████████████. I work here in Virginia, holding a dual role as an Operations Research Analyst at the Air Traffic Control System Command Center and Principal Engineer/Scientist for Advanced Sciences & Technologies, Inc. I moved myself and my two children from Missouri to Virginia on February 27, 2017, to take a better employment opportunity. This is the same time that I met Mr. Hatchet Speed. I am writing this letter to provide additional information of Mr. Speed's character that the court may not be aware of, so this information may be considered when determining his sentence.

    Mr. Speed was a member of my church, and we first met at a singles event sponsored by the church. We quickly became friends. The first thing I noticed about Mr. Speed was that he was very respectful and well mannered, and although quiet, was also very friendly and willing to help. Our first encounter was me explaining the role of the Office of Commercial Space Transportation at the Federal Aviation Administration (where I worked) to a group of our peers who only had basic aviation knowledge. It was a detailed explanation and Mr. Speed was drawn closer in the crowd by his interest of the topic. After I finished talking to the group he came over and joined me for the group lunch and the church service afterward. I noticed he was very curious and spoke at a high level of intelligence, and he was also a good singer and knew the church songs. I asked if he was raised in the church, to which he said yes.

    In time, I found that we had more in common. I would frequently volunteer for church events to provide service to our community, and I brought my children along so they would also understand that helping people and being of service was part of being a responsible citizen. Mr. Speed would also volunteer for these events, and I would see him regularly. We planted hundreds of trees with the Arlington Regional Master Naturalists at a park in Arlington and worked as a group to gather supplies and put together many emergency food and supply kits for families in need. There were additional volunteer opportunities, such as bagging rice for the Arlington Food Assistance Center (AFAC), which was an ongoing opportunity for everyone to help as their schedule allowed.

    I would also see him at the various fireside events that our church would hold, where several speakers would present their understanding and application of scriptural principles for personal development. Later, he became a member of our all-church motorcycle riding group, as he also loved to ride motorcycles. The group was small, with the only 5 people we could find in

the church who liked to ride. We rode out to the country and had lunch and faith-based conversation on beautiful days, and I came to know Mr. Speed very well.

      Mr. Speed regularly attended church and also paid tithes on his income. At our level, it was usually somewhere between $10,000 and $12,000 per year that was donated to the church, and both of us also chose to donate additional money to support the church's food assistance program for needy families. When talking to him about biblical principles, it struck me that he was an avid reader of the Bible and other historical scriptural texts as well, such as the Talmud and Koran. He has a strong understanding of our church's history and Bible history, and talking about biblical principles with him was educational and enlightening. Mr. Speed has been a lifelong member of our church, which holds a to higher standard of behavior that includes honesty and integrity, adherence to godly principles and no alcohol or drug use.

      Mr. Speed is also very interested in science and history, and has used his spare time to read many books on historical figures and events. One thing that impressed me was his vast bookshelves and the variety of information they held. He is always striving to get a more accurate understanding of historical events and encourages the conversations and debate, at times playing the voice of opposition to create a more thoughtful discussion.

      He has also volunteered for deployments in Afghanistan, Iraq, and Africa, among other places, and seeks to be an honorable soldier and a good man. He is courageous and does not shy away from danger. And there is another softer side to him as well…he absolutely loves animals. Especially what he calls "the furry cuddly type", such as dogs and cats. His dream is to purchase a piece of land and have a farm, and he was actively looking for this future home prior to his arrest, with every intention of settling there with a lot of animals.

      I understand Mr. Speed has been found guilty of a crime. Knowing what I know of him, I believe that it is completely out of character for him to break the law. Not only did he hold the higher standard of behavior required to be a church member, but he was also a member of the U.S. Navy Reserves for the past 20 years and held a high-level security clearance. He has consistently followed the rule of law and has always been dependable to do so. Prior to this conviction, he held a clean record in every regard, volunteered his time at every opportunity, and even in the face of danger, stood up for what he believed was right. I honestly believe he will continue to help people and strive to be a better person.

I respectfully request that you consider the character of Mr. Speed and his contributions to the community when determining how long he will be restricted from participating in society.

Thank you for your time and considering my request.

Sincerely,

/s/

Amber McCraw
Principal Engineer

30 April 2023

**Subject:** Character Letter in support of Mr. Hatchet Speed

**To:** The Honorable Trevor N. McFadden

My name is Andrew Jensen. I am a private-sector consultant to government clients in the US Defense Enterprise, most recently the US Marine Corps. I have known Mr. Hatchet Speed for nearly ten years through our previous attendance at the same church congregation. In addition to regular Sunday worship together, I have had the pleasure of frequently hosting him in my home for social gatherings over the years. Our opportunities to interact have been curtailed since 2020 due to pandemic-related restrictions, our attendance at different Christian congregations, & his subsequent legal challenges. I will not pretend to know Mr. Speed as well as I would like. Along with many of his acquaintances & friends, I was caught off guard by the allegations brought against him in regards to both the 6th January 2022 unrest at the US Capitol & his subsequent, media-sensationalized statements regarding the Jewish people & faith. Nevertheless, I consider him a friend, & I would be remiss if I did not highlight a number of his positive character attributes that may assist in informing your sentencing decision.

**Community Service**
Since 2014, I have seen Mr. Speed regularly contribute his time, talents, & energy in service both on behalf of fellow members of our church congregation & our broader Northern Virginia community. I have heard him speak positively multiple times about his related service in our nation's Armed Forces. He has consistently been an individual to whom I knew I could reach out were I to require assistance for myself or a related party, & I have never known him to be other than generous & helpful to those around him.

**Intellectual Openness**
Mr. Speed is an individual who has constantly sought for self-improvement & a deeper understanding of the spiritual & temporal world around him. I have enjoyed many thought-provoking conversations with him. Even before his alleged "pro-National Socialist" views garnered public attention, there were "milder" geopolitical & sociological issues on which we differed. When disagreements came to light, however, I always found Mr. Speed to be willing to listen & engage in a respectful & courteous manner -- sadly more than can be said for many US citizens who loudly engage in contemporary political dialogue.

**Patriotism**
I am not unaware of the serious charges brought against Mr. Speed, nor do I condone the actions & statements that have led him to this point in legal proceedings. Nevertheless, based on our years of association & frequent conversations, I truly believe that my friend embraces an

interpretation of American patriotism which, while not wholly in line with my own, reflects a number of related positive attributes & beliefs: his deep respect for our nation's Founding Fathers, the Declaration of Independence, the U.S. Constitution, & the Bill of Rights; his desire to uphold & defend a society conducive to traditional families & respectful of the weak among us, including women & children; & his willingness to put himself at personal risk to defend the nation he loves, whether via military service or standing against domestic political corruption (as he sees it).

I am not suggesting that the political statements & actions of which Mr. Speed stands accused &/or to which he has pled guilty are "patriotic" in any sense. I *am* suggesting that however much I may disagree with the "negative" facets of his view of patriotism, I wish to highlight the many "positive" facets of the same which may be unfortunately overlooked or downplayed during this lengthy legal process.


Thank you for the consideration of the above. I am happy to elaborate on Mr. Speed's character via his legal representatives upon request, & will keep both his prospects for rehabilitation & the wisdom of the court in my prayers.

Sincerely,


Andrew Jensen

March 27, 2023

To the Honorable Michael S. Nachmanoff
United States District Court for the Eastern District of Virginia

I am writing to give a character reference for Hatchet Speed.

As background about me, I am an attorney and have been a member of the D.C. Bar Association since 1984, the year I graduated from the Boston University School of Law. Prior to that, I graduated from Brown University in 1981 where I completed dual majors in History and Russian Studies and was a student in Leningrad in the USSR in the fall of 1980. Initially, I had a conventional legal career and worked in Washington, D.C. from June 1984 to March 1995. I became an equity partner with the firm of Elias, Matz, Tiernan & Herrick a well-respected law firm that no longer exists. We specialized there in stock issuance by savings and loan associations. I earned a Master's Degree in Tax Law from Georgetown and was a tax specialist and securities attorney in that firm. I moved to Russia in 1995 to work on direct investment projects there by U.S. multi-national corporations and investment funds. I continued working in Russia for 20 years. I developed an expertise in business aviation transactions, the buying, selling and financing of business jets.

In April 2016, I moved from Moscow to Fort Lauderdale, Florida to repatriate from Russia to the U.S. and to work full-time in a law firm that specialized in aircraft transactions. In April 2019, I set up my own law firm named Atlantic Aviation Legal Services, LLC based in Washington, D.C.

In June 2019, I moved my family from Fort Lauderdale to my house in Virginia. In 1994, I bought this house. I rented this house out all the years from March 1995 to June 2019, mostly to embassies and corporations. But the last couple of years I rented out rooms in the house so that I could begin to transition back to the house myself while I was living in Fort Lauderdale.

In August 2018, Hatchet Speed, who goes by the name Speed, rented a room in my house in Virginia while I was in Fort Lauderdale.

In June 2019, I moved my family from Fort Lauderdale to our house in Virginia. I offered to Speed and to another friend of mine, Paul Lucey, who I have known since the second grade, that they could both stay and continue to rent two rooms downstairs in the house.

I was also glad to continue to provide some assistance to Speed who I knew to be in the military. As such, Speed is a person of military bearing. Speed is also a Mormon and never took a sip of any alcoholic drink in my house. He would agree to enjoy a non-alcoholic beer on occasion, and that was all. He was a responsible person who we were glad to have around.

Speed continued to rent a room in my house while I was living there also from June 2019 to October 2021. So, we met on a nearly daily basis for the entire period from June 2019 to October

1



2021, for over two years. I got to know Speed pretty well. We regularly invited Speed and Paul to join us for family dinners and we had a lot of conversations and daily interactions.

From the first time I learned of Speed and met him, I was positively impressed by Speed. I respected that Speed had served the country in the U.S. Army for many years. He had served in Afghanistan and in Africa. He was still in the Navy Reserves. He would periodically disappear for days and weeks for various assignments and trainings for the Navy. On such occasions, Speed would leave the house in a military uniform.

On more than one occasion, Speed and I discussed his experiences in the military. He shared with me several of his memories. Speed ended a couple of his conversations about his military experiences in tears, and he had to leave the room. Speed was sometimes visibly sad. It was clear to me, Speed was deeply affected by his vivid memories, and also very proud about his service to our country.

In our many other conversations, I found that Speed and I had quite different political views. As I told him, I am a Democrat from Massachusetts. Speed is a Republican and a Mormon from Utah. There was a lot for us to disagree about. In all our conversations, Speed presented his views analytically and intelligently, always able to bring up an apparent set of contrary facts and arguments that differed perhaps from what I was focused on and upset about. Our discussions were always civil and respectful. We agreed to disagree about many, probably most, if not all matters in the news.

During the two years that Speed lived with us, Speed was always a calm person. I never found Speed to be a dangerous person. Speed is musical and plays the guitar and could be heard playing guitar and singing downstairs a hobby. Speed taught my daughter a bit of how to play the guitar and was activating her interest in music and singing. Speed enjoyed going for long jogs and walks in the neighborhood. The neighborhood is residential with nearby bike paths and long walking loops which he enjoyed using before and after going to work.

Speed's Christianity is important to him. He told me that he tithes his income with the church. Speed went to church on a weekly basis. Speed is a good listener and conversationalist. Speed is a very competent person and, apparently, a good computer programmer. Speed beat me at chess the one time we played.

Speed made a hobby of maintaining his old truck, and then bought a newer old truck and made a hobby out of that one as well. Also, he had a motorcycle. I gave Speed one space in the two-car garage where he stored his bike and large collection of tools. Speed was a do-it-yourself type of person and was proud of being able to make complex repairs to his two trucks and his motorcycle. Speed's approach to maintaining his vehicles was to take them apart entirely and then rebuild them entirely. And, in doing so, he had lots of spare parts and tools for his vehicles.

2

DAB

During 2020 and 2021, I became aware that Speed had a gun of some sort in the house. I never saw it. I decided not to make a big issue out of Speed having a gun because Speed was a genuine soldier and knew well how to handle a gun. I asked Speed about this, and we agreed that he would keep the gun locked safely and securely in a locked cabinet in a locked closet under the basement stairs. I gave Speed a key to that closet and hung a second key in a basement room in a place known to him that was also accessible to me. I told him I would not go into that closet except in an emergency. No such emergency ever came up.

For Speed, I understood his weapon was part of a gun hobby and was part of his self-identity as a soldier still active in the reserves. Speed had carried a weapon for the U.S. for years and knew how to maintain them properly.

Speed decided to move out after we were unable to resolve our disagreement regarding the COVID vaccine which he had not taken.  But, even after Speed moved out, we invited him back to our house on a couple of occasions for dinner. I mention that as evidence that our relationship had become genuinely friendly. He was willing to come back knowing I would tell him his opinions were wrong. Speed seemed to appreciate our unlikely friendship and crossing swords with someone who would disagree with him.

I have recently read that Speed has been found guilty of a weapons violation. I find that to be very disappointing. Given what Speed has done, and that his actions are wrong and violations of law, some punishment may be appropriate.  But there will be numerous collateral consequences for his actions, including an inability to possess weapons, and I am sure that the trouble Speed has gotten into has already chastened him.  In my opinion, Speed is not a dangerous person, and if he could be given back his freedom, I expect he would never create any more trouble for society or for himself.

Sincerely,

*Derek A. Bloom*
Derek Bloom

---

March 19, 2023

To The Honorable Michael S. Nachmanoff,

My name is Danelle Graham. I am currently a full time stay-at-home mother to four young children. I met Hatchet Speed while attending a four year university in Utah during the autumn of 2007. From the start of our acquaintance, Speed struck me as a very easy going, good natured man. He was rooming with my now-husband and we all spent a great deal of time together, making cookies and Afghan flat bread while sharing laughs in their small kitchen. I watched him enjoy eating cookie dough straight off of the beaters for the first time in his life. He loved it and meticulously ate every last bit, savoring it. He made me laugh with his interest in barefoot running and his unflappable nature. I also recall that he had a range of instruments he played including an electric violin, a keyboard, and a guitar (the last two on which he was self-taught). Over the years I came to learn that Speed is always willing to accept most any invitation, happy for the opportunity and interested to see what it might bring.

Speed is one of the most quietly generous people I have ever met and yet I do not think he would describe himself as such simply because it is so deeply ingrained in his nature---he is not thinking about being generous: he simply is.

My first small glimpse of this quality was during a Thanksgiving dinner in 2009. Speed had recently returned from another deployment in the Middle East and my husband and I invited him, with our host's blessing, to join us at my grandmother's home for my family's annual Thanksgiving dinner (typically 50-60 people). To my surprise, Speed readily accepted. While thoroughly enjoying our food, Speed laughed ruefully to me about having gained a little extra padding during his tour. Curious, since this did not square with my impression of life on the frontlines, I asked him to explain. He described how, at that time, many kind people from various stateside organizations often assembled care packages for our deployed soldiers. In addition to other amenities, these were typically filled with beloved snacks and candy bars from home. In fact, according to Speed, they were positively rolling in them. Soldier's uniforms, he further explained, come equipped with many handy pockets, pockets to which he put to good use by squirreling away snacks and candies in any extra space. That way, during those times that he was away from his base for hours at a time either out on his rounds, doing guard duty, or on a mission, he could treat himself to a little snack.

Hilariously, he became known amongst his unit as being the guy that always had the goods. He and others would be out on patrol and one of his companions would suddenly turn to him and ask "Hey, Speed! Do you have anything to eat?" and Speed would reach into one of his many cargo pockets and produce a Ho Ho. Every time someone asked, Speed delivered. He always happily shared with whomever he was with, whenever they wanted.

Speed is also an intrinsically compassionate person. It took me a little while to notice this particular trait. To be perfectly honest, the one who really took note of it was our pet bird. In 2011, we had moved out to Maryland for work and reconnected with Speed in 2012, who happened to live nearby again. That summer, we were going to be gone for a two week long vacation, but needed to arrange for someone to care for our small pet parrot, Bailey. Birds, parrots particularly, are intelligent, highly social creatures who can get extremely depressed if left alone for long periods of time and even begin plucking out their own feathers and other such self-destructive behaviors when stressed. Prior to Speed's move out to our neck of the woods, we had asked neighbors and new friends to look in on Bailey and make sure he had fresh food and water and provide him with a little company during the day (to try to help him feel less alone). But, as most people are generally unfamiliar and thus uncomfortable with birds, our friends being no exception, it felt like a major imposition to ask these kind people to care for attention-hungry Bailey for such a long time. Fortuitously, in recent weeks Speed had come over to our home several times for dinner and, amazingly, hit it off with the bird. He was so calm and confident that I was certain he must have some experience handling birds as he easily let Bailey hop on his hand and scurry up his arm to perch on his shoulder. Nope. Speed just loves animals and animals love him. He seemed charmed by Bailey and let our dopey little parrot run around his shoulders and cuddle into the side of his neck for large chunks of his time visiting with us. Encouraged, we tentatively asked Speed if he would be able to house-sit for us while we were away and care for Bailey. He agreed in a heartbeat.

By the time we returned, Bailey was utterly enamored with Speed.

Marveling at our bird's extreme attachment, we came to find out that, while caring for Bailey, Speed held him and let him ride around on his shoulders almost the entire time he was home from work. He cleaned Bailey's water bowls daily, fed him both his healthy pellets and his treats, scratched the bird's head (a favorite), and let Bailey cuddle into the crook of his neck and fall asleep. Bailey was so devoted to Speed that whenever he came to visit after that, Bailey would fly to him immediately and stay glued to his side until it was time for

him to leave. Alarmingly, Bailey even managed to escape our apartment on a couple of different occasions to fly after Speed as he left through the door. Speed always brought him back, laughing, with Bailey riding triumphantly on his shoulders. After that, Speed became our go-to bird-sitter, much to Bailey's delight (and I think Speed's, too, he was sure fond of that little bird).

I remember one day joking that our beloved Bailey would probably prefer to stay with Speed and he chuckled, admitting that he had run into that problem for years. Occasionally rooming with people who owned pets, the animals always tended to gravitate to Speed. Either it was a cooped up little dog that a compassionate Speed took with him on his walks or it was a neglected cat that began showing up in his room for attention and snuggles (that roommate was frustrated to always find his missing cat had snuck off to Speed's room, to whom it was now loyal). The only reason Speed didn't have a furry friend of his own was that he spent so much time deployed abroad. He said he wanted to wait until he was definitely settled down and could devote his full attention to a pet, rather than leaving it for months at a time.

Speed is also a true friend---he will drop everything he is doing to come to your aid, no questions asked. For example, in 2013 I became pregnant with our first child and ordered a crib and dresser to be shipped to a store across town. The only problem was that the one car my husband and I owned, a sedan, was not large enough to transport the two huge boxes back to our home when they finally were ready for pick-up. My husband asked Speed if he wouldn't mind helping him pick up the shipment with his SUV, a Toyota Forerunner. Good natured as always, Speed affably agreed. They ended up making four half hour trips, shuttling the cumbersome boxes with our heavy, hard wood crib and dresser, one at a time, from the store, into Speed's car, across town, out of Speed's car, and hauling them all the way up three flights of stairs to our little apartment. We couldn't have done it without Speed.

A few months later, a day before I was scheduled to have labor induced, our one car broke down. Both Speed and my husband have a shared interest in car mechanics and had already spent hours working together over the years, happily wrenching on cars. So, while I was in the hospital recovering from a difficult birth, my husband was at Speed's house, our car parked in his driveway as we couldn't use our apartment's parking lot. Together they worked around the clock to repair our car. Despite having Speed's huge array of tools he had collected over the years, there was one, quite expensive, tool that was needed to finish the

repair. Speed immediately got in his own car, went to the nearest hardware store, and purchased it. When my husband protested, Speed simply smiled, shrugged and claimed that he'd probably need it at some point for his own cars in the future. He declined my husband's offer to reimburse him, even for part of it. By the time I was discharged from the hospital, our car was up and running thanks, in no small part, to Speed's generosity and two days worth of near-constant work.

This became a pattern: if Speed was working on any of his vehicles, my husband was over lending a hand and, if it was our car needing repairs, Speed was there lending a hand (and more tools that he bought so we wouldn't have to, all the while claiming he'd likely need them for himself in time---I think he was aware that money was tight for us at then).

Over the five years we lived near Speed in Maryland, we had him in our home many times for dinners and even spent several more (at least three) Thanksgivings with him, once as our guest, and twice at my cousin's home (where Speed comfortably chatted with whomever he was seated beside: from my scientist cousin to the elderly little widows also invited). We were able to host him in our own home for a Christmas dinner, too, where my husband had repaired Speed's guitar and re-stringed it for him as a gift.

In the summer of 2016, my husband and I prepared to move cross-country for work. It was a bittersweet time because, though we would be closer to our own immediate families, we were moving far away from good friends, Speed included. We had him over for dinner one last time---Bailey-bird was on cloud nine---and said our goodbyes. That was the last I personally heard from Speed, though my husband continued to communicate via text and email over the next several years. He slowly fell out of touch, last exchanging some emails in 2018. Just a few weeks ago, while back in Maryland for work, my husband texted Speed's phone, hoping to arrange to get together for lunch. To his surprise, a person named Amber replied, said she was Speed's power of attorney and that she would tell Speed he had tried to get in touch.

Totally confused, we researched what we could and came across several shocking articles on Speed's attendance at the Jan 6 protests and subsequent investigation by the FBI. There was absolutely nothing in the characterizations of Speed that resembled the man we both know. Throughout my nine years' friendship with Speed, over the many long hours of conversation, both casual and personal, he never once expressed any hateful opinions. He has been a consistently laid-back, friendly character who was always open to trying something new.

When Amber told Speed of my husband's efforts to get in touch, he was purportedly delighted. He immediately asked after our family, remarked how it had grown, and jokingly hinted that our backyard is now big enough for a dog. He even asked about Bailey. It has been seven years since Speed saw our little parrot, but he immediately asked after him by name.

It sounded just like the same old Speed I have always known. He is a good, gentle, and caring person. He has served his country honorably without fail over multiple deployments, has responsibly held a top-secret security clearance as he continued his work at home, and has been the truest of friends. I ask most humbly that you please be lenient in your sentencing. He has given so very much and has more yet to offer.

Thank you most sincerely,

Danelle Graham

March 19, 2023

To the Honorable Michael S. Nachmanoff,

My name is Sean Graham. I work full-time as a government employed analyst. The intent of this letter is to provide contextual substance for the character of Hatchet Speed. I thank your Honor for investing the time to evaluate Speed holistically prior to sentencing. I knew Speed best between the years of 2006-2016 with intermittent contact between 2016-2018. Given my 10-plus years' friendship with Speed, I could write volumes about our interactions. I will keep my comments and anecdotes focused on him and the things I deem worthy and relevant to his case.

From the first time we met in the fall of 2007, when he introduced himself with a simple, "Hi, my name is Speed," I knew this guy was one in a million. I think everyone who meets him knows instantly that he is a unique character, likely due to his keen concentration on every conversation. When you speak with him, Speed gives you 100% of his attention, riveted to every word. It is his almost innocent curiosity that sets him apart. He is respectful to anyone he meets, speaking with them openly so that he can understand their point of view.

He analyzes and debates every subject, even from the perspective of an opposing side simply to provide full context. Speed has a voracious appetite for history and particularly warfare and its effects on people and society. One time, while trail running together in Maryland, Speed spoke with me at length about both the American Revolutionary and Civil Wars, discussing the two sides of each conflict. He took into consideration British, Colonial, Union, and Confederate tactics, mindsets, creeds, and anything that added substance to understanding prominent battles and movements. He presented hypothetical situations about what the British or the Confederacy could have done differently, critiquing the overall successful strategies of the Continental and Union armies in an effort to understand everything from micro to macro levels. Speed strived to see things from every possible angle. His interest in specific historical figures was always dominant.

He studied personalities ranging across history, from Washington, to Howe, to Hancock, to Germaine, to the controversial Benedict Arnold, to Grant, to Pickett, to Lee, to Meade and the list goes on.

Speed's curiosity expands well beyond book learning. If there is a skill, talent, or hobby that catches his fancy, he pursues it wholeheartedly. When my roommates and I moved him into our shared house back in 2008, we were shocked at the sheer amount and diversity of possessions we had to heft. Everything from myriad musical instruments, a giant box of running shoes (some worn to near nothing, others brand new), SCUBA equipment, climbing gear, and so forth. Everything was stored with care in a very organized fashion, but there was still a lot of it.  I quickly came to find out that Speed genuinely loves to learn new skills, not only that, but he becomes proficient at whatever he sets his mind to. He capably used every single piece of equipment we brought in and even accumulated more during our time rooming together.

I discovered that he enjoys his time and his freedom to choose what he wants to learn. He respects this freedom as near sacrosanct whereas most people often take it for granted. When I introduced him to sound effects pedals for guitar playing, he spent weeks researching all of the different pedals. One day I came home to discover him with a massive collection of effects pedals designed to produce all of his favorite sounds. When I asked him where all of the new gear came from he simply replied, "I saw what you were doing with your guitar playing and enjoyed it so much, I decided to just get out, buy a bunch, and try it myself!"

This was not a one-off occurrence. Years later, while helping him move in the Maryland area, I asked him about a hideously long apparatus he had tied to the roof of his truck. He said, "Oh, that's my hang glider. I learned how to do that before I moved from Utah." He said it so matter-of-factly, that I just chalked it up as another skill that Speed had casually decided to master.

In my experience, Speed's demeanor has always been calm, respectful, gently joking, and very stable. It never ceases to amaze me how he stays so absolutely grounded.  He can make the greatest stresses of life seem like merely an entertaining little trial that we simply have to laugh about and move on. In college, while he lived in the room down the hall from me, my go-to strategy for dealing with

stress was to chat with Speed. While my wife and I lived in Maryland, we always knew Speed had our back at the drop of a hat. From frantic car repairs, to house sitting, to taking care of our pet parrot, he was always there.

When we lived near each other, he was a person I always wanted to have around for holidays. He was great company for many dinners, multiple Christmas holidays, and Thanksgivings. Whether it was at my little family's apartment or as a guest at my wife's relatives' houses, he treated these occasions with honor, dignity, and gratitude.

Through all of my experiences, Speed generously gave of his time, resources, and talents whenever he could. When my first child was born, my only vehicle snapped its running belt and developed a transmission fault. Speed lent me the use of his driveway, purchased the necessary tools for me under the guise of, "I'll probably need this anyway," and helped me get the vehicle in running order again so I could get back to the hospital and bring my wife, mother in-law, and newborn baby home.

Speed's caring nature extends to his love of animals, no matter where he happens to be. Roommates' animals basically fell in love with the guy and, while on deployment in Africa, he befriended the many stray cats around his barracks, thankful that they kept the rats and other vermin out. My pet parrot has always been besotted with Speed due to the care and attention Speed provided the little bird during the several times he looked after our apartment.

I could go on, but this is sufficient. It is an understatement to say I was completely shocked and dismayed when I stumbled upon the knowledge of Speed's recent legal battle. I happened to be in the DC area for work this past February and attempted to contact Speed in hopes of a long overdue visit. When I discovered the news of his arrest from his power of attorney, I felt like I had fallen into an alternate reality because Speed is one of the most upright and honest men I know.

I would like to point out that I will not excuse any of Speed's actions that infringed upon any legal statute. He knows better than most that where there is a law broken, there is a punishment affixed. He comprehends justice and has a keen perception of injustice as he related to me multiple times after witnessing innocent people suffer while on his deployments to Iraq and Afghanistan. These are deeply ingrained moral

values that he cultivated over many years of experience, both domestically and abroad.  Speed, in my experience, has always valued people and his interactions with them.

Speed is someone who is worth giving the opportunity to evaluate and change, if need be, so that he may return to the freedoms of life he holds sacred. I hope this brief look into his past can provide some measure of appropriate counterweight to the weights measured against him to promote the most accurate dispensary of justice, tempered with mercy.

Sincerely,

Sean Graham