*United States v. Hatchet Speed*, 22CR244

Exhibit B

Speed's January 14th Email

**From:** T. Alexander Speed
**To:** Speed
**Subject:** Re: Perspective
**Date:** Friday, January 15, 2021 11:37:24 PM

---

You must have read my mind. I have been wanting to ask you for several days for your perspective on the events at the capitol. I have been moving over the last few days and just got my internet hooked up a couple of days ago. I missed a ton of news and haven't been following my usual sources. Either way, on my runs I've been thinking that I would sure like to ask you what went on over there. I assumed that you were probably there. It was so refreshing to read your take on things. Truly the best and most enlightening of any that I have read. I wonder if you could have it published? Maybe at redstate.com or something. Seriously, I think some readers would really appreciate your perspective the way you wrote it.
You add a really telling perspective, especially about how they used the tear gas.

I was reading 3 Ne this morning (6-18). I had the thought that we are past the Paul Revere point. I think the nefarious had too much control over everything. We have been asleep at the wheel while they have taken over our legislatures, our courts, our bureaucracies, our educational institutions, our media, communications, our entertainment, our healthcare, and now it looks like our food production (just saw the headline that Bill Gates is the largest farm owner now in America). They have made strong inroads in our military, intelligence, and churches.

Not to say that I don't think we must still lend our energies against the onslaught against our liberties as has always been our responsibility, but our ultimate victory I think will come from power beyond this world, just as it took the miraculous events which transpired during the three days of darkness to turn the Nephites around. Before that time though, there were powerful voices getting followers on both sides. May we also have powerful voices of truth and liberty in our winding up scenes. I would that I could be one also. I don't know that I am in a position to be so, but in a way I appreciate how the events of our times are showing us more clearly who's side people are on. While saddening and disappointing to see the extremes that are being pursued to enslave us, there is also a certain thrill that being counted among the believers is becoming more and more a battle cry of true commitment and devotion.

Thanks for the note. It was so refreshing to read. I am still holding out hope that something miraculous will [illegible] happen in our favor in the next week that would show Biden corruption so obviously that all of America and the courts would concede that his election was a sham and that he should not take office. Makes me think how wise the founders were in originally setting the inauguration for March. That would provide more time to pursue and try the truth in cases of fraud like this.

Best wishes to you. Hope you stay safe,
Alexander

On Thu, Jan 14, 2021 at 7:21 PM Speed <speedness@gmail.com> wrote:

> Alexander,
>
> This is an interesting article about the protest at the Capitol: https://www.centerforsecuritypolicy.org/2021/01/13/covert-cadre-what-i-saw-leading-up-to-the-us-capitol-attack/
>
> I think he's mostly got it right.

Capitol Police on the inaugural platform steps were not acting like they wanted to quell the crowd, they acted as if they wanted more violence. I've seen police deal with crowds. I don't claim to be a crowd-control expert, but this was different than I've seen. Several times, provocateurs took to the steps leading to the Senate side (the left-hand steps in Waller's article) and we expected the cops to stop them, which they sort-of did at first, but then they just stopped responding to any incursion on that staircase. They shot tear-gas and pepper balls repeatedly into the center crowd, which was just standing there. They even lobbed canisters past the front line, into the crowd, which has the effect of pushing the front forward. People were funneled -- the only place to go was up and to the left, toward the Senate side, so that's where people went, to get away from the gas (Waller says it's a mild crowd-control gas, maybe I'm confusing the gas and the pepper shots, but when you get hit with a concentrated cloud you wouldn't describe it as mild. It's a bit traumatizing, and induces involuntary heaving if breathed in and a lot of pain and squint-induced blindness if it gets in your eyes).

We actually put up with it for a while, because we were there to await the results of the joint session, not to interrupt the proceedings. I got hit with maybe five or six dilute clouds of gas, and wasn't too worried because the wind (which was otherwise pretty annoying on a cold day in January) was pushing out the gas, so it didn't linger as it often does, all you had to do was hold your breath for a bit as you moved a few feet and wait for the worst of it to blow away.

But as we saw the left scaffolding and staircase open while we were getting pummeled, we migrated that way. It seemed like what the police wanted us to do, and it's not uncommon for police to provide a pressure-release avenue to the crowd that is orthogonal to the direction of retreat, because with a big crowd it's often not possible to back up even if those in front want to. So we ended up right next to the building, which was fine with us, the building is huge, and keeping everybody way out on the lawn was a weird way to start, and was probably intended to encourage people to push against the temporary fences, to 'whet the appetite' for violence. I don't think that first part worked at all, because the first several levels of barriers were overrun by Antifa before most of the crowd arrived, average people didn't even notice that they were stepping over fencing that had recently been knocked over.

Once we were literally 'at the doors', we were once again content to hang out (many were dumping water in their eyes and whatnot, but no inclination toward violence). But then they started gassing us from one of the doors and a window. At the same time we heard that VP Pence had decided to present the invalid electoral votes first for each contested state, instead of presenting the ones coming from the state legislatures and letting Congress vote to suppress them if they so chose. That was a huge disappointment. Most people recognized that Congress decided which ballots to count, not Pence, but Pence could present the valid votes first, so any Senator protesting those ballots would have to make a clear stand against the Constitution and convince 50 other Senators to follow. I think the Senate would have voted for the steal anyway, but Pence didn't have to just give it to them without a fight!

The mood changed. Whereas people had been stopping Antifa from breaking windows (which they had been trying to do on the lower level), now regular folks were smashing in doors and windows and climbing walls. It was surreal. Apparently this was happening on all sides of the building, which is why more cops didn't push back -- they were spread wide, and the weakest points gave way.

The North-West crowd broke through and started streaming into the building, and at this point actually was very cordial, chatted with cops and came to an understanding, and they didn't use mace. A while later as I was leaving I shook hands (well, bumped elbows, because COVID, doncha know) with a cop who had been very professional, and exchanged nods with a few others who likewise had treated us as US citizens who deserved a voice.

We had been led to believe that the vote had been postponed for 10 days, pending an investigation that the opposing Congressmen and Senators were intending to ask for. But Pelosi lied to us, as soon as everyone was gone and she had 800 soldiers surrounding the Capitol and Mayor Bowser had declared martial law in DC, she brought everybody back to finish the session in the middle of the night. It was a betrayal that should have surprised no-one, but a lot of us were surprised, me included. I guess we never learn.

The media breathlessly calls the protest an 'attack' and an 'insurrection'. Protestors had control of the entire building for probably 20 minutes or more. Even so, no statues were toppled, almost no furniture was damaged (excepting what was used by the cops to barricade doors, e.g. to the Senate Gallery), no paintings were even so much as torn off a wall -- I'm honestly surprised no-one mentions this -- every hallway in the building has paintings and photos on the wall. These were big crowds, you literally have to try to not bump against paintings, it doesn't just happen.

All that was damaged were a few chairs and a bookshelf was destroyed that had a bunch of feminist books, and Speaker Pelosi's lectern was 'stolen' (really it never left the building or suffered damage, it was just used for hilarious photo ops). No graffiti anywhere. Even offices that were 'ransacked' still had neat piles of paper on desks that hadn't been knocked over, same with lamps, phones, and computers (Pelosi's laptop was stolen, but her desktop machine was untouched). If I ever get ransacked, I hope that's how it's done. It probably took aides 10 minutes to clean up after the 'attack'.

Remember during the Kavanaugh hearings, when left-wingers in the Hart Senate building and harrassed Senators trying to get to and from their offices? We saw it. Nobody postponed anything. The media was there only to interview and encourage the protestors. Senators had to give interviews while surrounded by picketers. Back then we called it 'Democracy'. This time Pelosi evacuates the building, she could have just let people into the galleries. Now she has 15,000 soldiers surrounding the Capitol and Russians on Twitter are sending us their condolences. They see what this is.

Anyway it's been a rollercoaster of a couple of weeks, "we're living in historic times", I tell myself, just to put a silver lining on it all. So far Pelosi has demonstrated an unrivaled understanding of human nature, both at the individual and aggregate level. She is playing everyone like a fiddle. I wish we had someone like her on our side. That's who Donald Trump was supposed to be. How inadequate he turned out to be!

I was talking to a friend yesterday, I asked him "How did Paul Revere know 'tonight is the night when we leave everything on the field. The war starts tonight, for better or worse.'?" My friend said "When they come for your guns." He seems to think people will know when the last line has been crossed, and I hope he's right, but I'm not so sure. Red flag laws are already being used to come for peoples guns, one household at a time. Gun producers are being litigated out of business, even producers of body armor and other purely defensive products are struggling against the persecution. I don't know what 'the day' will look like,

and if we don't recognise it in the moment, it may soon be too late. I hope we didn't already miss it.

-Speed