| | |
|---|---|
| **From:** | Speed |
| **To:** | ███████████████ |
| **Subject:** | Re: Military mumbo jumbo |
| **Date:** | Thursday, December 10, 2020 11:11:29 PM |

Hey ███████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



Back in June or thereabouts, I joined another fraternity: the Proud Boys. These guys are heavy drinkers, for the most part, and to excess, I think, but to their credit they tend to take everything they do to an extreme, with little regard for their health and well-being, mostly motivated by testosterone and chivalrous honor. Some of them are further to the right than I am, and I've learned a lot from them. They are men of action, they are staunch Nationalists, and they have a wonderful, living respect and appreciation for the heritage and cultural foundation that this country was built on. Western ideals are not something these guys learned in a book, it's something they learned from their fathers, or not uncommonly, from not having fathers and striving mightily to find their place in this world. Mostly they are Christians, some recently so, and even though our chapter president considers himself an atheist, he knows and reminds others that this country would be nothing without its Christian roots.

We were at the 'Stop the Steal' rally last month, in full regalia. I heard second-hand (from a PB who knows a DC cop) that the DC police estimated over a million people at that rally. I would have said maybe 300,000 but then I looked at aerial photos of the rally afterward and 1M is easier to believe. It was incredible. A lot of people were thanking us all day long for what we do to keep them safe. There were Proud Boys from all over the country, over 500 of us, and there were at least that many Antifa looking for any opportunity to get a cheap shot on a protestor. Unfortunately us PBs couldn't be everywhere, and you can find videos online of Antifa attacking people and seriously injuring several that day, including kids and old people. The cops were not super helpful, if we hadn't been there it could have been very ugly.

This Saturday we're doing it again, another DC rally. It's going to be epic.

If you want to join your local Proud Boys chapter, find their contact info on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. There are look-alike sites that have been set up by Antifa to dox anyone looking to join, that's why I give you the url.

And if you find any other groups of like-minded folk that you would recommend, let me know. We need to build our networks now, it's only going to get harder as the enemy consolidates power.

I almost forgot, here is the article I told you about that studied the 1918 flu: https://www.nih.gov/news-events/news-releases/bacterial-pneumonia-caused-most-deaths-1918-influenza-pandemic

Here is the whole study, no paywall: https://academic.oup.com/jid/article/198/7/962/2192118?fbclid=IwAR2cPH2_8XCaCvFIUOeYMM3FLKZDJ0DbBnDhEaOxJwa-14BGJQpCt8POYQ4

I mis-remembered one detail though: the study doesn't talk about masks at all, only the high incidence of bacterial pneumonia. I had recently seen a bunch of old scans (from microfiche) of newspaper clippings of politicians demanding that everyone wear masks, and knowing that masks are a great way to give yourself a bacterial infection, I conflated the two.

-Speed

