UNCLASSIFIED//FOUO

File Number: WF-

<u>Participants</u>:

| | |
|---|---|
| HS | Hatchet Speed |
| UCE | Undercover Employee 9773 |
| UM1 | Unknown Male 1 |
| UM2 | Unknown Male 2, restaurant worker |
| UM3 | Unknown Male 3, restaurant worker |
| UM4 | Unknown Male 4, restaurant worker. |
| UF1 | Unknown Female 1, restaurant worker |
| UF2 | Unknown Female 2, restaurant worker |
| UF3 | Unknown Female 3, restaurant worker |
| UF4 | Unknown Female 4, restaurant worker |

<u>Abbreviations</u>:

| | |
|---|---|
| UI | Unintelligible |
| PH | Phonetic |
| OV | Overlapping voices |
| SP | Spelled out, case provided spelling |
| *[sic]* | As stated |
| -- | Interrupted speech |
| - | Stuttering |
| . . . | Ellipsis, intentional pause in speech |
| [] | Exegesis, transcriber's notes |

**Session Number:** 1 of 28
**Source File Name:** WF-CT-1UCOP_CT-1UCOP-BR_2022_03_15T11_15_46
**Duration:** 00:19:59

        [start of audio]

UCE:        This is UCE 9773. The date is March 15, 2022. We are in Tysons Corner, Virginia. This is a consensual monitoring of UCE 9773 and Hatchet Speed [sound].

        [no conversation 00:00:21-00:00:48]

        [radio playing in background]

UCE:        Hey, you got me? Oh, okay.

        [no conversation 00:00:57 – 00:14:33]

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

| UCE: | Yeah. |
|---|---|

HS:     But it just amazing like, that was—In those, the Scythians are-are sort of the progeners [PH] of what we now call the Aryan race.

UCE:    Okay.

HS:     Like who ended up in the Caucasian mountains and who ended up going westward into what's now Germany and then [UI].

UCE:    Yeah.

HS:     They're our legacy, they're the people—and I can see why I was never taught about the Scythians in school because, man, as a boy if I'd known stuff like that-- you think about it, the fact that, all growing up and--the, you probably have the similar—all growing up, all I was taught was, oh peace above all cost, non-violence is the most amazing--

UCE:    [OV] Yeah don't stand, yeah--

HS:     --thing ever.

UCE:    --don't stick up for yourself.

HS:     Don't stick up for yourself. Be-be the peacemaker, and even with all that, what did I want to do when I grew up? I wanted to join the military and go shoot guns and kill people.

UCE:    Yeah.

HS:     It's innate. Imagine how much more could have been accomplished if I hadn't been steered away from that my entire life.

UCE:    Oh yeah.

HS:     You know?

UCE:    And it, this whole thing of like, you know I'm fit, and I've been defiled for woman—and if I, no man, you're—you're, you're born a certain way right?

HS:     Yep.

UCE:    They really be like, if you—even if you're born say a male, but they don't put like Male on your birth certificate right? For you to know that, if you're the guy's parents or like, "Yeah, absou--my son, my son—my daughter that's really a boy--

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah sounds cool, yep. |
| HS: | Yep. |
| UCE: | That's-that's where I got a silencer from. |
| HS: | And I just-I was just like I'm going to get the best one and, you know… |
| UCE: | Do you use the uh, kiosk to go through the-- |
| HS: | I did. |
| UCE: | --[UI], yeah? |
| HS: | I actually had to go all the way down to Warrenton [PH] because for some reason Silencer Co's website said that was the closest kiosk but I think they're actually closer than that. |
| UCE: | Yeah, yeah. They kiosk mine and, yeah so yeah, so I got, uh,  AR-15—uh, same [UI] for one except different barrel, 300-- |
| HS: | Yep. |
| UCE: | --Blackout, um AR-10. |
| HS: | Oh, yep. |
| UCE: | With the, uh, the uh, 308 [PH]. |
| HS | Yeah. |
| UCE: | [UI] so I got a little bit, little distance right? |
| HS: | Yeah. |
| UCE: | I don't have any 22's. Uh, and [stutters] 9 millimeter, you know, universal 9 millimeter. |
| HS: | **9: 35** Yeah, oh yeah I got some 9 mils as well, yeah. And, you-you reminded me, I don't have an AR-10 but I did get, um, oh what's the round called, it's uh, 6-5 creedmoor [PH]-- |
| UCE: | [OV] yep creedmoor. How does come [UI] |
| HS: | --so it has a 26 inch barrel and I bought a bunch of 6-5 creedmoor amo. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        I think for years, the last like five years, military, keep on. . . trying to go, I think with creedmoor, a 6-0 creedmoor, uh, because they're saying, like, you know, lack of [UI], dude. Be well of 2-2-3--

HS:         Yeah.

UCE:        --um so, and they don't want to send 6-2 because they use too much, so I think they were going to try to sell it in the middle and then try on a go with a 6.5 creedmoor um, I never shot one before but do you have one?

HS:         I have one, I haven't shot it.

UCE:        Yep.

HS:         I bought it just because I was panic buying during all the, you know, nonsense.

UCE:        Yeah, get it.

HS:         But uh, I haven't, yeah, the, the round looks really weird like, it's not a sexy looking round.

UCE:        Yeah, yeah.

HS:         But.

UCE:        I tell people, who kind of don't know what [UI] Blackout is, but I tell them, it's like a 5-5-6 and a 6-6-2 had a baby--

HS:         [laughs]

UCE:        --it would be deal for Blackout.

HS:         Yeah.

UCE:        You know?

HS:         Yeah.

UCE:        Yeah, I'll do it. I been [UI] my silencer [UI] um, does yours—does yours—yours work pretty good?

HS:         So I haven't shot it yet, because honestly I don't want to take it…I don't like shooting just at like ranges.

UCE:        Yeah.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        He says it—it—it in the book. You remember that?

HS:         Yeah that--

UCE:        [OV] Yeah.

HS:         --you know now you mention it, yeah.

UCE:        He said that.

HS:         And I had somebody tell me something the other day because I've always heard like, "oh turn the other cheek" and I always thought, "man what does that mean?" Somebody told me something yesterday and they were like, "well how many cheeks do you have?"

UCE:        Yeah.

HS:         You know once you, once if somebody hits you and you turn the other cheek and they hit you again?

UCE:        Yeah.

HS:         You're out of cheeks.

UCE:        Yep.

HS:         You know?

UCE:        Yep.

HS:         And that's what—how many times have we been hit as Christians in this country? How many times?

UCE:        Wow.

HS:         We're out of cheeks.

UCE:        Oh yeah.

File Number: WF-3474054

HS:          You know?

UCE:        Yeah.

HS:          And that's what gets me, is these Christians are like, "oh you got to turn the other cheeks" no I turned the other cheek.

UCE:        Yeah.

HS:          That's the past.

UCE:        Yeah.

HS:          But until we figure out that our—of that, that's one of the reasons I've been visiting so many churches, I want to find a pastor or a priest whose not encouraging this kind of, "oh, just land there a slaughter--

UCE:        [OV] [UI].

HS:          --[UI], and just hang…I'm done, yeah.

UCE:        [OV] Vote on it. Yeah. Yeah, no just defend yourself--

HS:          Yeah, and until--

UCE:         [OV]--defend to yourself.

HS:          --we figure that out, it just Christians, weird.

UCE:        I mean it—It's I mean if—If that were true, then what was the point of the crusades?

HS:          Yeah exactly?

UCE:         Right? That whole point of crusades the Christians rose up, brought Tancred [PH] taking the, uh, the temple mount [PH] back and they fought for it and got it back.

HS:          Yeah.

File Number: WF-3474054

UCE:        You know? So, yeah that's what's we're here for, you know? You got to fight for it.

HS:         Yeah.

UCE:        But anyway, today how do you do it though? You know what I mean

HS:         That's thing is, I think one is, don't go after people just because they have money because it's not about money. You know you look at the Rothschilds, [PH] the Rothschild's is estimated to be worth something like 50 trillion dollars.

UCE:        Um-hum.

HS:         They don't need more money.

UCE:        Yeah.

HS:         But their constantly trying to amass more money. They're constantly through like black rock and whatnot buying up stupid family homes it' like ridiculous. S,o yes money was involved . . . but I think the biggest mistake we make as Christians is, like my motivation isn't money, why would I assume that other people are motivated by money? Do I think their stupider than I am, that they don't have some higher objective? Why would I think that? That's insulting to them--

UCE:        [OV] Yeah.

HS:         --and it just doesn't make sense. If my highest motivations come from my religion, why shouldn't I expect someone else's highest motivations to come from their religion and their belief system and their world view.

UCE:        Yeah.

HS:         **14: 52** Right? So what do we do as Christians and we're constantly putting, we're putting Jews in power, and here a thing about Judaism, It's overtly anti-Christian like to be a Jew, is to overtly believe that Jesus was not the Messiah.

UCE:        Yeah.

HS:         There's nowhere in between.

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Yep, that's why they killed him.

HS:         [laughs]

UCE:        Yeah.

HS:         Yeah, uh, exactly that's why they killed him. And so a lot of people are like, they, they use this term Judeo Christians, "oh we share values" no we don't share values, we're literal opposites.

UCE:        Yeah.

HS:         Nobody's more opposite to Christianity than a Jew because at least an Atheist doesn't care about Jesus one way or the other but a Jew does.

UCE:        Yeah, yeah.

HS:         The Talmud says that Jesus is—is going to spend eternity embroiling human [UI]. The Talmud says that Mary wasn't there. The Talmud  has plenty to say about Jesus, it's not silent.

UCE:        Yeah. I doubt—yeah.

HS:         And we're putting these people in positions of power thinking they're at the best only after money? We don't have the money--

UCE:        No.

HS:         **15: 47** To—to them we are idolaters. The—the least, so if—if you had, if you respect a Jew and you, and I-I-I know Jews that I respect, if you had any respect for them you will assume he's going to fight for his religion and his religion specifically calls out an attempt to destroy Christianity.

UCE:        Um-hum.

HS:         And so of course that's what they're going for.

UCE:        Yeah.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         And you look at all of the—the international bankers, the hedge funds. You know all these people who are doing this all this time with the war.

UCE:        Yeah, disperse

HS:         Yes, disperse, exactly.

UCE:        [UI], yep.

HS:         **16: 19** Oh yeah. And until we see that, we're going to follow the fucking wrong people because everyone's like, "oh it's the corporation's" That's—that is Jewish lie. Because of the corporation—I'm not saying all corporations are good, but the corporation is a white man's invention. A corporation is—you and I saying we're not powerful enough on our own to accomplish our goals so we will incorporate . . . corp [PH] body, but now we are one body, we can now do something that no individual could have done, but now we can. Corporations like Henry Ford is a perfect example. He started a corporation. He was the one who—who started the 40 hour work week. He just voluntarily said, "I don't want my employees to not have a life."

UCE:        Yeah.

HS:         Right? And he started profit sharing and got sued for it, did you know that?

UCE:        No.

HS:         He was the original person that said, "You know what? I don't want to amass all this wealth. I want the people in my factories to benefit from these amazing things their building." So he started--

UCE:        [OV] Yeah.

HS:         **17: 15** --giving—and Dodge who was another car company sued him and said, "you can't do that, you have to give all the profits to the shareholders," and he said, "no I don't," and so they actually too him to court and won.

UCE:        Wow.

HS:         That's why corporations how have to let the—the—the—the, what you always hear is, "oh corporations are evil because they're only there for the shareholders."

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Yeah.

HS:         That's not because the corporations want that, it's because the law forces them to do that.

UCE:        Yeah.

HS:         And who forced them? The Jews, of course they're the ones that took them to court.

UCE:        Yeah.

HS:         And made sure that had to be the way it was.

UCE:        Wow, I didn't know that.

HS:         Yeah and the Jews were the ones judging. If you look at, judgements, I think it's fascinating. This is something I only started doing the last year and a half or so. You read articles like, "oh such and such court battle" and somebody lost because the judge said this and you're like, "oh that's too bad" but nobody ever says who the judge is.

UCE:        Yeah.

HS:         Articles are always like that. They'll tell you who the plaintiff is, they'll tell you who the defendant is, they'll talk about them and their biology and their biography for a paragraph--

UCE:        [OV] Yeah.

HS:         **18:10** --but they won't even give you the judge's name. I started looking these up. And I was looking them up because my brother was sending me these examples. He's like, because I was telling him it's all these Jews and he's like, "no it isn't" and he'd send me these examples like, "what about this guy? Like what about this, this, uh, you know this incredibly bad policy we have?" And I'd look, trace it back and I'd be like, "oh look the judge who made that decision is a Jew."

UCE:        Wow.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:        I'd be like, "oh look the politician who advanced this—this bill was a Jew."

UCE:      Wow.

HS:        You know? And it happens every time and I went all the way back to like they're--I-I covered every single example he gave me and he just stopped talking to me because he had nothing to say--

UCE:      [laughs]

HS:        --because I-I backed it all up--

UCE:      [OV] Yeah [UI].

HS:        --I, you know like, I get, I'd line it up, this is her name, this is where she comes from, this is her talking about how her Jewish roots were the foundation of her belief system you know?

UCE:      [OV] Yeah, wow.

HS:        Yeah.

UCE:      That's amazing. Yeah, yeah I didn't know about this.

HS:        Yeah and, and if you look now you look at who our Secretary of State is, he's a Jew, you look at the Secretary of Homeland Security, he's a Jew--

UCE:      Yeah, they run the place, yeah.

HS:        --our, uh, yeah, our, our Attorney General, he's a Jew.

UCE:      I can see why they're trying to stomp down, uh Christianity, you know? You know?

HS:        **19: 15** And, you can't expect them to do less--

UCE:      [OV] Yeah.

HS:        --if they didn't try to do that they'd be bad Jews. And I don't, you know, expect someone who has a belief system that they don't fight for.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Yeah.

HS:         You know?

UCE:        Yeah.

HS:         That's why in the early days of this country for example Maryland had, in their constitution, Atheists and Jews could not hold public office. That was in the constitution.

UCE:        Wow, state constitution?

HS:         Yeah, state constitution yeah.

UCE:        [OV] Wow, hmm.

HS:         And it wasn't that we hated them. You know, you're welcome to live here as an Atheist or Jew but we're not going to have non-Christians ruling over us.

UCE:        Yeah.

HS:         because we know what's going to happen.

UCE:        Yep.

HS:         **19: 50** And that goes all the way up until—Lincoln was the one who screwed that over because of the 14th amendment, basically with the 14th amendment what is that, forced, uh--

          [end of audio]

**Session Number:** 10 of 28
**Source File Name:** WF_CT-1UCOP_CT-1UCOP-BR_2022_03_15T14_15_48
**Duration:** 00:20:00

          [start of audio]

HS:         **00:00** Uh, states to ignore their own constitution anywhere it deviated from the federal constitution, of course and at the federal level, you can't have a test for religion, for religion--

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | Um-hum. |
| HS: | --and so that's why, even though it still--I think it's still in the Maryland constitution they can't acclimate *[sic]*. |
| UCE: | Oh. |
| HS: | Yeah but a lot of states have that. |
| UCE: | I didn't know that. |
| HS: | Yeah. |
| UCE: | Like early on so about probably—s-same time as the [UI] wrote that? |
| HS: | [UI], huh? |
| UCE: | What, same—same time [UI]? |
| HS: | Yeah. |
| M3: | [UI] |
| UCE: | [UI] wow. M-mmm. |
| HS: | And that's all we need to go back to—everyone says, "oh well, you know you can't be hating on Jews." I don't hate Jews, I acknowledge that they're serious people who fight for their religion. |
| UCE: | Yeah. |
| HS: | And I would love to see them do that in Israel. |
| UCE: | Yeah. |
| HS: | And you know what I'm saying? |
| UCE: | Yeah. |
| HS: | But if I'm in a Christian country-- |
| UCE: | [OV] Yeah. |
| HS: | **00:48** --and they're fighting for anti-Christian principals in my country, you better believe I'm going to have a problem with that. |

97

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. M-hum. Our homelands, absolutely. Absolutely. |
| HS: | And that's what people don't realize, that the state of Israel, was a British protected from like, I don't know like, 1886 or something? I'll have to look up the exact year but, they, the—the British took that state and for years, even decades they wouldn't let, uh, Jews move back so Jews were at this diaspora-- |
| UCE: | [OV] Yeah. |
| HS: | **1:16** --they had no homeland and--and the Nazis and then everyone's like, "oh the Nazi's hated Jews." Guess who actually opened up Israel for the Jews? It was Hitler. He did that, only a few months after being named Chancellor. This was in his first year of office. |
| UCE: | [OV] Yeah. |
| HS: | He negotiated with the British to allow the Jews from Germany to go back to their homeland for the first time in like 1,000 years-- |
| UCE: | [OV] Uh-huh. |
| HS: | --it was Hitler. Hitler gets zero credit for that-- |
| UCE: | [OV] Wow. |
| HS: | --everyone's like, "oh that happened after World War II." No it didn't. |
| UCE: | Wow. |
| HS: | Seven, seventy thousand Jews took him up on that—[to waiter] very fresh brie, that's awesome. |
| UM3: | It's possibly a little bit hot. |
| UCE: | Okay, cool that's fine. |
| HS: | And what happened was, the British shut it down because they realized, um—first there was a small guy. And he's very good at propaganda, and he realizes if all the Jews leave Germany and go to Israel, we're not going to be able to talk to people about how much it berates the Jews. So he shut it down and he convinced surrounding nations to shut it down. He told the Swedes to stop accepting, accepting Jews. He told Poland, "Stop accepting Jews." He went around, tried to make sure that Jews couldn't leave Germany. |
| UCE: | Yeah. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| HS: | **2: 30** Even though Hitler, Hitler wasn't just letting people leave Germany. He had it worked out so that they could take their wealth with them. |
| UCE: | Yeah. |
| HS: | Right? It was not Hitler that kept them in, it was Churchill. But what do we hear in our history books? Its like, "oh Hit--Hitler was putting people in concentration camps." Because there was no place else for them to go! |
| UCE: | Yeah. |
| HS: | Bergen-Belsen is a perfect…that camp was all for people who had visa's to leave the country. |
| UCE: | Uh-huh. |
| HS: | So the idea was, you go to Bergen-Belsen, let's say you have a visa to, to Australia, or, or to actually a lot of them were South American's so let's say, Columbia. Actually, Argentina took a lot so let's say Argentina. You have a visa to Argentina, you take them to Bergen-Belsen then you contact the Argentine embassy and you say, "Hey, we've got somebody who has a visa, let's work something out. They've got money, they can pay for passage and whatnot, let's work something out." At Churchill's insistence, all of these countries who pretended like they had no dog in the fight, they just started canceling those visa's, it's not like they were not approving visa applications, they were cancelling visa's that already existed. |
| UCE: | **3: 30** Wow. |
| HS: | These people literally had a piece of paper in their hand saying I'm allowed to come into Argentina, and Argentina was like, "no, not anymore." |
| UCE: | Wow. |
| HS: | You know? And plus Hit-- |
| UCE: | [UI] |
| HS: | --But Hitler is supposedly the enemy which as Hitler—If he hated Jews he would have killed them all. |
| UCE: | Yeah. |
| HS: | He didn't want to kill them. That's why he's putting the camps and hoping that they'd survive the end of the war. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        [OV] Uh-huh.

HS:         And when Israel got cut off, he still wanted a homeland for them because Hitler believed every nation deserves a homeland. He's pretty much the only politician who ever, put, put his whole life at stake to fulfill that aspect.

UCE:        Wow.

HS:         And so when, Israel got closed down by the British, he was looking at Madagascar and he had his general's look at it and he had the whole—and he had the whole thing planned out. Unfortunately he had so much pressure from the east and the west he never got that chance to do that. But he was going to make Madagascar a homeland for the Jews.

UCE:        Yeah, wow.

HS:         **4:19** And that was his point, yeah.

UCE:        I never knew that. You're used to like the Hitler, and you know, he killed the Jews don't do that." I've never seen that—that side--

HS:         Yeah.

UCE:        --of him.

HS:         Yeah.

UCE:        Wow.

HS:         Yeah.

UCE:        What, so what book is that in?

HS:         **4:30** So, a number of books, I-I read a book, well I've read, over the last two years so, I'll tell you two years ago I hated Hitler.

UCE:        Uh-huh.

HS:         For the same reason everyone does. On and off, I don't even remember why I did this, but one day I was on like a Telegram page and somebody shared uh—like, uh, ebook of Mein Kampf and the vaccines and everything were going on and—and I—the vaccine mandates nearly caught me so much by surprise that I started to feel like I had no idea what's going on in this place. So I was like, "I'm going to do something that I've never wanted to do. I'm going to read Mein Kampf.." You know?

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Yeah.

HS:         because I, because I thought, "everyone else is lying to me--

UCE:        [OV] Yeah.

HS:         --like what, how bad could it be?"

UCE:        Yeah.

HS:     And I read the book, that book is incredible. I'm telling you, Mein Kampf.

UCE:        Mein Kampf.

HS:         Yeah, it's Hitler's, sort of, it's the book he wrote in the 1920's that sort of
            rocketed him to fame and was part of the reason that he was, you know, later
            became chancellor and was the head--

UCE:        Yeah.

HS:         **5:23** --of the Nazi party too because people read this book and they were like,
            "Heck, this guy makes a lot of sense." That book [coughs] it is, it's like, I
            thought—I-I told my friends I said, "I feel like I'm reading about 2020." I feel
            like I'm reading about right now--

UCE:        [OV] Wow.

HS:         --because he was talking about how, when he would try to have political uh, uh,
            he would like rent out a hall to have a political speech and, Antifa, they were
            called Antifa then just as they are now.

UCE:        Wow.

HS:         Antifa would, uh, uh, go to whoever owned that hall and threaten them so they'd
            cancel the booking so they, he wouldn't get a chance to speak and then maybe
            he'd go to another--

UCE:        [OV] That sounds familiar.

HS:         --it's exactly! That's the thing--

UCE:        [laughs]

HS:         --and I'm—and I'm reading this going, "this is happening now."

File Number: WF-3474054

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | That's happened [stutters] like-- |
| UCE: | In—In colleges especially. You know? |
| HS: | [OV] I remember when I went to DeploraBall in 2016, or 2017 when Trump was elected. It was originally not scheduled to be downtown, it was scheduled to be in Arlington-- |
| UCE: | Yeah. |
| HS: | --but they got so many threats they cancelled it. |
| UCE: | Uh-huh. |
| HS: | So I've seen this happen-- |
| UCE: | [OV] Wow. |
| HS: | --at things that I've gone to-- |
| UCE: | [OV] Wow. |
| HS: | **6:21** --so I'm reading Hitler tell me about this and then he says, he talks about this, this other, he's like, "we rented this hall" and he, he personally was out like stickering [PH] Belin like, or Munich I think it was at the time is where he was. Trying to get people there, he got like 4,000 people there and before he was even starting to speak Antifa showed up and started beating on people and he said, though you know at this time, I had a bunch of my friends from the military, because he was, he fought in World War I as an enlisted man. He fought for years enlisted, and he was decorated five times for braveries. Like you can read about what Hitler did in World War I and it's incredible. |
| UCE: | [OV] Wow. |
| HS: | The guy had no fear. |
| UCE: | Yeah, wow. |
| HS: | And I've read—I've read various accounts, it's just amazing. |
| UCE: | Yeah. |
| HS: | But—but anyway, so he had a lot of friends, and kind of like, it's like us, like he just had friends he knew from the service and he—he goes, he told them, he said, |

File Number: WF-3474054

"look, every time I try to speak Antifa comes and they start beating people up so I want you to be there to stop them."

UCE:        Yeah.

HS:         **17:17** And they were there and there—there were fist fights and Antifa realize that they weren't backing down. When I read this like, I have no problem with these things. And that's what [UI]  do like they literally like, you look at what, what happened when, uh, yeah [UI] want to speak at work.

UCE:        Yep, oh it happens again. Ben Shapiro—

HS:         Yeah.

UCE:        --Cool Times [PH], uh, Charlie Kirk? Charlie Kirk?

HS:         Charlie Kirk, yeah.

UCE:        Oh, happens all the time.

HS:         Yeah, Antifa shows up and they want to shut down and Proud Boys are there to stop them.

UCE:        Yeah.

HS:         We're doing the same thing except there's blocks [PH] which we're doing—and I thought this was amazing because I was already doing that and I was like, "oh this is, like this isn't our idea." Like we're the--

UCE:        [OV] Yeah.

HS:         I thought we were like somehow I was being super creative about it, no--

UCE:        [laughs] Yeah.

HS:         --this has happened before.

UCE:        Yeah, hundred years ago, right?

HS:         Exactly, exactly, hundred, almost exactly a hundred years ago.

UCE:        Yeah [laughs] [mumbles]

HS:         **8:00** But everything, like that's why I kept turning pages, I'm like this whole thing—and then he talks about the banks, how the banks were forcing people out of their homes. They were getting people in debt, they were devaluating the

UNCLASSIFIED//FOUO

File Number: WF-3474054

> amount of supplies so it didn't matter if you had savings, you're going—going to be in debt one way or the other. Exactly what we're seeing now with Black Hawk [PH]—make a note. That's one of the things the—the—the—the Nazis did to make their power was they ended land speculation. All the stuff Black Hawk's doing now, the Jews will do it again and they made it illegal.

UCE:    Wow.

HS:     Yeah.

UCE:    Yeah.

HS:     And so, of course, Jews we're hopping mad about that. Um, the Rothschilds-- Hitler arrested the Rothschilds, like, to me, if he's the only person, in—in—on— in world history to successfully arrest a Rothschild. I'm not sure about that but I think he's the only person.

UCE:    Wow.

HS:     And he arrested him and they didn't let him out of jail for year until he agreed to relinquish his holdings in Austria.

UCE:    Wow.

HS:     And that's the only reason we let him go. That, to me is incredible like Rothschilds are untouchable but they literally arrested one--

UCE:    Wow.

HS:     **8:57** --and didn't like—cer--he did things that no one had ever done.

UCE:    Right, wasn't taking no more.

HS:     What's that?

UCE:    Wasn't going to take it no more.

HS:     Yeah, he wasn't going to take it, exactly. And then if you read about what Berlin was like, um, you know people, uh, people love to show those tapes of—of the Nazis burning books, right? And they did burn books and my brother actually, he's like, "oh Nazis burned books." So I looked into it. I found out exactly what books they were burning. Here's what books they were burning. Like . . . this is amazing, and I don't know why I never thought about this before, because I'll admit, I never--I for years I was like, "oh the Nazis burned books that's not good," you know?

File Number: WF-3474054

UCE:        Yeah.

HS:         Here's the thing. You look at books we have now in the library like, Heather Has Two Mommies--

UCE:        Yeah, yeah, yeah.

HS:         [OV]--or whatnot--

UCE:        [OV] Exactly.

HS:         --and if you try and walk into these libraries, especially like a school library or a public library, that's all there is. I've done it--

UCE:        Yeah.

HS:         --I—actually last time I, uh, because I used to love libraries, I used to hang out at libraries as a kid--

UCE:        Yeah.

HS:         --that was like my safe space.

UCE:        Yeah.

HS:         I-I recently, I went to a seven story library, this is a couple years ago, I was like, "Oh seven story library, this is awesome."

UCE:        Yeah.

HS:         **9:57** I-I-I blocked out a whole day, I was like I'm going to spend all day in the library.

UCE:        Wow.

HS:         Because I love libraries.

UCE:        Yeah.

HS:         I walked out there without having read anything because it was all this garbage. Seven stories of this.

UCE:        [OV]That's outrageous.

HS:         So now you tell me if, we'd ever take power and we, and we want to get rid of that, what are we going to do with all those books? Well I certainly hope we're

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| HS: | Who wrote an essay, he was living in New York. He was a Jew. |
| UCE: | M-hum. |
| HS: | He wanted to teach people about racism because before it was like, "well obviously I've never preferred my race of other races," like, hmm that's what everyone does. |
| UCE: | Yeah. |
| HS: | He wanted to sort of shame white people who were doing that. He later, years later moved to Russia after the, after the revolution. Changed his name from Leonard Bronstein to Leon Trotsky. |
| UCE: | Um-hum. |
| HS: | **15:35** And killed tens of millions of Christians. |
| UCE: | Wow. |
| HS: | Yeah. |
| UCE: | Go figure a Jew killing Christians. |
| HS: | [OV] Yeah, yeah exactly. |
| UCE: | Wow. |
| HS: | **15:42** And that's why—and that's why Hitler came to power because—so Hitler, he came to power in 1943 right? In 1932 and think about how close Germany is to Ukraine and Ukraine's in the news right now-- |
| UCE: | Yeah. |
| HS: | --1932 to 33 Ukraine was going through what's called Holodomor [PH]. You don't learn about this in school, but that's where Stalin was intentionally starving out the entire population of Ukraine. He killed up to 7 and 12 million Ukrainian white Christians. |
| UCE: | Wow. |
| HS: | **16:09** Just in those two years. And so if you're in Germany and, Hitler's running for office. You actually—that's current events. At the present time while Hitler is running for office saying, "we need to get these Jews out of powers." A couple hundred miles to the east, you have Jews killing millions of Christians in Ukraine. |

110

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:      Yeah.

HS:      Right? That's what he got—everyone's like, oh he was a really good talker, he had a lot of personality. No, it's because people realize that if the Jews could have solved how to kill everybody in Europe…

UCE:      Yeah.

HS:      **16:38** Because that's what they were doing. And if, if you look at the people you know Stalin, st-uh, the famous people like, Yogodak [PH] is a Jew. He was the guy in charge of like all these massacres. You look at, uh, uh, what's the other guys name? Um, Web something. The main guy who was in charge of killing people in Ukraine was also a Jew.

UCE:      Um-hum.

HS:      The MKVD, uh, upper crust was another 50 percent Jewish.

UCE:      Wow.

HS:      Uh, in the 1930's the, there was actually report to [UI] congress saying that if you looked at the commanding officer of the Gulag's in Soviet Russia--

UCE:      Yeah.

HS:      **17:15** --more than 90 percent of them were Jews.

UCE:      Wow.

HS:      If you look at the, during the Second World War, you know how, uh, we all know if—if—if you've seen The Hunt for Red October, you know how there's that, that, uh--

UCE:      [UI]

HS:      --that, yeah [clears throat] that guy [clears throat] on the submarine the—the political officer. The political officer is there to make sure that the army does what the communist wanted to do instead of going rogue right?

UCE:      Yeah.

HS:      **17:38** Every unit from the—throughout the entire, uh, uh, Russian army, Russian military has a political officer. And who were they? They were 95 percent Jews. This was during Hitler's time. And so when we read about, like you can read, like people online are like, "oh man, when Hitler went into Russia he was like finding

File Number: WF-3474054

HS:        [OV] Well, they would . . . So—so I don't know about long term, but after a few
           minutes of this, what happened was people were on their phones monitoring--

UCE:       [OV] Oh.

HS:        --what was going on inside.

UCE:       Yeah.

HS:        And that's when somebody was like, "Hey, guys, Pence just—just validated all of
           the invalid ballots from—he—he just ignored all the state legislature electors,
           like, and did exactly what the Democrats wanted." And we were shocked. I was
           shocked, everyone. Nobody expect--

UCE:       **4:10** [OV] I-I think Trump—I think Trump even talks shit about it.

HS:        [OV] Yeah, Trump didn't expect it either.

UCE:       Yeah.

HS:        No one expected Pence to betray us like that.

UCE:       Yeah.

HS:        [OV] That's—and by betray, like, I'm using that word comfortably. I think that's
           absolute treason against--

UCE:       [OV] Yeah.

HS:        [OV] --the United States.

UCE:       Yeah. M-hum.

HS:        I think—and so when we saw that, the mood changed, whereas—so there was
           always Antifa trying to, like, break windows and stuff, and we were stopping
           them. Once we heard that, we were so . . . confused. Like, we just didn't even
           know who we were fighting for. Who were we trying to support?

UCE:       Yeah.

HS:        Our own vice president just sold us out.

UCE:       Yeah.

HS:        So we were so despondent that none of us noticed that all of a sudden, nobody
           was stopping Antifa from breaking things.

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. |
| HS: | So they started breaking all kinds of stuff. And once that-- |
| UCE: | [OV] [UI] |
| HS: | [OV] Yeah. And—and o—and once they broke it all, like, I'll admit, I was like, "I'm going in there." |
| UCE: | Yeah. |
| HS: | **5:00** Like, I have no respect for the people in this building. |
| UCE: | Yeah. |
| HS: | They have no respect for me, I have no respect-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] for them, you know? |
| UCE: | [OV] Yeah. They're clear—they're—they're clearly out of touch from the-- |
| HS: | [OV] Yeah. |
| UCE: | --common people. |
| HS: | Yeah. |
| UCE: | You know? And you would think J six, they were kind of like, "Uh-oh, maybe we did something wrong or, you know, appease—appease our con—constituents." But . . . Wow. So you—so after that, you said, "Screw it, I'm going in, because these people, um, [sound of item being placed on table] don't represent me," kind of thing? |
| HS: | Yeah. |
| UCE: | Uh-huh. |
| HS: | [OV] And so we all went in, and we took control. Like, when we had that many thousands of people-- |
| UCE: | Uh-huh. |
| HS: | --like, th-there's nothing the cops can do. |

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. |
| HS: | Like, that was literally—that showed me—and that's one of the reasons I was glad I went. Like, that showed me—when, you know, when people say it's government by the people, I never really had internalized, like, when the people decide that they're taking this kind of crap anymore, there's literally nothing anyone can do about it. |
| | [sound of item being placed on table] |
| UCE: | Yeah. |
| HS: | And it's—it's impressive. |
| UCE: | It should be, like, what you would think. |
| HS: | Yeah. |
| UCE: | W—eye-opening experience for them. |
| HS: | [OV] Right. |
| UCE: | But all of the other [UI] for that, right. |
| HS: | Yeah. |
| UCE: | You know? |
| HS: | **6:00** Well, it was an eye-opening experience for Nancy Pelosi. She wasn't seen in public for weeks after that. |
| UCE: | Yeah. |
| HS: | She stayed away from everything. |
| UCE: | Yeah. |
| HS: | **6:10** She sent, like—like a—uh--what's the word? Like a—she sent like a person to vote for her because she didn't want to go there. She-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --did that for weeks. She was scared out of her mind. |
| UCE: | Yeah. |

File Number: WF-3474054

HS:             **6:19** She knew the possibilities.

UCE:            M-hum.

HS:             It's the American people, unfortunately, that don't get what happened.

UCE:            Yeah. How far—a-again, remind me, uh, how far did you get? How far did you get in there?

HS:             **6:29** I went in a little ways and—not to anything important, you know, uh--

UCE:            [OV] Yeah. L—pretty--

HS:             [OV] Uh--

UCE:            [OV] --crowded when you went in?

HS:             What's that?

UCE:            Was it crowded when you--

HS:             **6:38** [OV] It was.

UCE:            [OV] Oh.

HS:             Um, and the reason we left—like, we controlled the entire building.

UCE:            Yeah.

                [sound of item being placed on table]

HS:             Um, and the Congress and Senate had evacuated through the tunnels, so nobody was there except us.

UCE:            Yeah.

HS:             And the reason we left was because they started passing around a lie that said Nancy Pelosi has agreed to a ten daydelay of the vote, and in the meantime there will be an investigation into the improprieties of—of—of the election.

UCE:            Yeah.

HS:             **7:06** And that was what we wanted anyway.

UCE:            Yeah.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:       That was what, you know, th-the various Congressmen had been pushing for.

UCE:      Yeah.

HS:       **7:12** And they lied to us. They told us that to get us out of the building. And we were all, like, "Okay, we—we got—we got what we needed." All--

UCE:      [OV] Yeah.

HS:       --all we wanted was for somebody to admit that this was not--

UCE:      [OV] Yeah.

HS:       [OV] --an honest election--

UCE:      Uh-huh.

HS:       --and look into it. That's all we want. So we all left.

UCE:      Yeah. Yeah.

HS:       **7:29** And then at, like, two in the morning—or no, it was earlier than that. When was it? Sometime that night, Nancy Pelosi ordered everybody back in--

UCE:      I remember that.

HS:       --and had--

UCE:      [OV] To re-do it again.

HS:       To re-do, so then she could--

UCE:      [OV] I remember that.

HS:       Yeah.

UCE:      So you—so you left hours before it happened, huh?

HS:       Yeah, so we left thinking—so when I—and—and I—and I left and—at—I-I just went to a hotel nearby where a friend was.

UCE:      Uh-huh.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         **7:50** And we turned on the news thinking that we would see the announcement of the ten-day delay and the investigation. Instead we saw Nancy Pelosi is getting everybody back in. "We're holding the vote tonight."

UCE:        I remember that. Yeah.

HS:         **8:00** It w—she completely lied to us.

UCE:        Yeah. Now, are you—are you surprised? Um, a-all mi—it's—it's kind of comical. All I s—I s—remember that day, on the news, is the goddamn Viking hat, you know that [UI].

HS:         [OV] Yep.

UCE:        [OV] [UI] and he picked it up.

HS:         Yeah.

UCE:        [OV] Were a lot of people, like, there, decked like that?

HS:         Um, there were a handful.

UCE:        Uh-huh.

HS:         **8:20** There—like, there was a guy dressed up, as, like—like a sort of a Revolutionary-era—he looked really cool. Like, he had a nice--

UCE:        Oh.

HS:         Yeah, he looked like he could have just stepped off, you know, um, some ship that was, you know—you know--

UCE:        Yeah.

HS:         **8:35** --greeting Washington or something.

UCE:        [OV] He—he's like, uh, Paul Revere or something?

HS:         Exactly. Yeah.

UCE:        [laughs]

HS:         Very cool look. Um, unfortunately, he got arrested. Like, th-they were arresting people, honestly for just being in costume and, like, trying to represent something. And like—and a lot of--

184
UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        [OV] Ridiculous.

HS:         [OV] --most people they just threw in jail.

UCE:        I know. It's ridiculous man.

HS:         So it just . . . Yeah.

UCE:        [OV] Did you, um—were you fearful in the sense of like—did you—did you, like, wear a--a mask or anything like that, like those people? Yeah?

HS:         **9:01** [OV] I wore a mask.

UCE:        You did?

HS:         Wore a mask.

UCE:        That's smart, man.

HS:         Yeah.

UCE:        As you can tell, in my—In my picture I showed you--

HS:         [OV] M-hum.

UCE:        [OV] --I had my—my hat down, and my, uh, eyes covered because I didn't want people—I didn't want people to see me there and follow me back or do the same thing they did on J six, to do to me. So I-I did the same thing.

HS:         Yeah.

UCE:        And I didn't think about wearing a mask. Uh, it was hot that day.

HS:         Yeah, yeah, I wore a mask.

UCE:        Did you have a-a-a COVID mask going on? A bandit mask?

HS:         Yeah. I-I-I forgot what kind of mask I wore, but . . .

UCE:        Yeah.

HS:         Yeah, it was--

UCE:        Yeah, it's smart. I did the same thing. Same thing. [pause in conversation] See, if they—you went with your friends, was it, uh, Proud Boys?

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         M-hum. [UI]

UCE:        There's always—there's always strength in numbers, you know?

HS:         Yeah. And—and we had—like, we had half a million people there at the Capitol.

UCE:        **10:00** You like, obviously have a parade going from the—uh—the monuments and Capitol?

HS:         Essentially, yeah. It was a--

UCE:        [OV] Yeah.

HS:         [OV] --constant stream of people for several hours--

UCE:        Yeah.

HS:         --migrating from one spot to the other.

UCE:        [OV] Yeah. It made me sick to see, uh, on the news and stuff, all the people, you know, I'm seeing them what's—afterwards, and just seeing all the people they're arresting, just for be—just being—like, not even in the building, just, like, I don't know, on the sidewalk, on the green.

HS:         [OV] Yeah.

UCE:        It's like, that's near his house, man. Man, how can you tell me—what's that say for—for you? You know, I can't—uh, you can't come over here? Especially after you—you validate a--uh—uh—illegitimate election, you know?

HS:         And that's why people should've . . . That's what I was telling my friend. I said, "Look, when the—when the Berlin Wall fell, the first night that people started attacking the wall--

UCE:        Yeah.

HS:         --there weren't that many people." Wh-what happened was, as news spread, more people showed up, so by the end of the weekend, there were millions of people along miles of wall taking it down.

UCE:        Yeah.

HS:         That's what should've happened with J six.

UCE:        **11:00** Yeah.

File Number: WF-3474054

HS:  People should've heard about what was happening and come.

UCE:  Yeah.

HS:  So there should've been a million people the second day, a million and a half people the third day, two million people the fourth day. It should've gotten to the point where the—Nancy Pelosi should've resigned out of fear for her life.

UCE:  [OV] Yeah.

HS:  That's what should've happened.

UCE:  She went from a—uh—protest to a celebration.

HS:  Yep.

UCE:  You know? Di—and it didn't happen.

HS:  Yeah.

UCE:  [OV] Doubled down and . . . Yeah.

HS:  And the reason why is because too many Americans have this idea that we have to be peaceful at all costs.

UCE:  Yeah.

HS:  **11:30** Oh, as soon as we're violent then we lose the moral authority. Who told you that? I'll tell you who tells you that. Every superhero movie made by Jews.

UCE:  Yeah.

HS:  You know?

UCE:  Yeah. I mean--

HS:  Who's telling us this?

UCE:  [OV] --I mean—I mean--

HS:  H-Hollywood is controlled by the Jews, you know? You know?

UCE:  [OV] Yeah.

HS:  **12:30** And that's why they make movies where the good guy always, uh, prioritizes non-violence over even winning against the enemy.

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | [OV] Yeah. Yeah. Yeah. I don't get it. |
| HS: | No. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| HS: | And that's why these myths—we think that civil rights was a triumph of non-violence. The reason that non-violent effort worked is because the government wanted it to. |
| UCE: | Uh-huh. |
| HS: | There's no such thing as a non-violent revolution with a non-cooperative government. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| UCE: | **12:35** Yeah. Do you—uh—keep in contact with your Proud Boy buddies? |
| HS: | Yeah, we—we keep in contact. Always do, yeah. |
| UCE: | How's your steak? |
| HS: | It's good. |

[pause in conversation, ambient sounds]

| | |
|---|---|
| UCE: | Yeah, I-I don't know how we're going to survive literally three and a half plus years. H-honestly, I think he's going to get sick and they're going to do the—th e 20—is it the 20th Amendment? |
| HS: | Oh yeah. |
| UCE: | Same thing about president orders and, uh—[UI] Kamala becomes the president and that'd be even worse. |
| HS: | Yeah. |
| UCE: | You know, I mean, it really-- |
| HS: | [OV] I mean, it certainly won't be better. [laughs] |
| UCE: | You know? I mean, what c--I mean, what—what can we do, you know? I guess, uh, just get ready for that special thing. Yeah, I got about—I was saying I got, |

188

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. |
| HS: | It's a meat grinder. So the Jews put the non-Jews in the trenches, right? |
| UCE: | Yep. Exactly. |
| HS: | **00:53** Um—and so what Hitler said was, "If I'm going to fight a war, it's not going to be one of these wars like Europe's been doing." |
| UCE: | Yeah. |
| HS: | "It's going to be a war to win." |
| UCE: | Yeah. |
| HS: | **1:00** And so that's where he went in with Blitzkrieg and within two weeks, he took France. |
| UCE: | Yep. |
| HS: | He pushed one point six million Allied soldiers to the edge of Dunkirk where they were—they had their backs to the sea. |
| UCE: | Yep. |
| HS: | He could've just simply pushed them all the way in and annihilated the Allied forces, and the war would've been over like that. |
| UCE: | Yep. |
| HS: | The reason he didn't . . . We're not—nobody knows why he didn't. There's a lot of—he gives a lot of theories, and he gives some theories as well. I don't know . . . Because, I don't—honestly, I think it's because he—like, he—he loved the British people, he loved the French people. He didn't want to kill a million of his potential allies. |
| UCE: | Yep. |
| HS: | And he thought that by having their backs against the wall, that would improve his position. He could go to Churchill and say, "Look, obviously you lost the war. Just stop it." And Churchill, unfortunately, pretended like, "Oh, you know, we better talk about this." And he just bought time until they could get their people out of Dunkirk. |
| UCE: | Yep. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| HS: | And then as soon as they had their forces back, they were—Churchill was like, "Never mind, we're not going to be pursuing peace." |
| UCE: | Yeah. |
| HS: | **2:08** You know? And that was Hitler's chance to win the war and he didn't do it because he didn't want to kill all those people. |
| UCE: | Yeah. |
| HS: | And—and this goes into great detail about how his own generals were saying, "We need to keep pushing." And he was like, "No, no, no, we can't. We got to stop right here." And he was sending out personally-signed orders, like, "You will not go past this point." And the generals were like, "We have to push our advantage now." And he wouldn't let it happen. And-- |
| UCE: | Yeah. |
| HS: | --and if he had, how different would history be, you know? |
| UCE: | I know. Wow. |
| HS: | So it's—it's—it's tough to read about, you know, because you're just like, "No. You're-- |
| UCE: | [OV] Yeah. |
| HS: | [OV] --losing it." You know? |
| UCE: | [OV] M-hum. |
| HS: | **2:44** But it's—I think it's—like, I-I still don't know what lesson to learn from it, but hopefully something like—like we just got to—I think one lesson is—is—is you can't be squeamish about it. If—if you go to war to win, you got to win. |
| UCE: | [OV] Win. |
| HS: | [OV] Yeah. |
| UCE: | [OV] Yeah. Yeah. Kind of like the Middle East, y-you were in—you war to win. |
| HS: | Yeah. |
| UCE: | You're in a war to maintain-- |

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         Yeah.

UCE:        Right?

HS:         Yeah.

UCE:        Follow a five-year plan, probably?

HS:         I think. I mean, and that—and that, to me—like, my concern is like you were saying, like what if—what if we don't have that much time, you know? But at the same time, there's only so much I can do, so I-I got to focus on what I can do instead of what I can't.

UCE:        Yeah. Plus, you have—you have your—your friends there.

HS:         Yeah.

UCE:        You know? You know, you have contacts and--

HS:         [OV] Yeah.

UCE:        [OV] --you know, just—stuff that you can get alone.

HS:         Yeah. It's—it's tough though, because, mm, tho—those—those guys are really good because they're very willing to get in the thick of things, but planning ahead, in some ways it's not their strong suit. Like—like one thing they do, like, uh, they—they do instead of--they—they go and get drunk, like when they drunk, uh, they get drunk.

UCE:        Yeah.

HS:         And that's what they do for fun. And it's . . . Uh, I don't think there's anything wrong with that, but I feel like . . .  a-alcohol can be used as an escape, right? So that the effort that they would otherwise be expending trying to fix the problem or solve it or do something--

UCE:        M-hum.

HS:         --they're escaping.

UCE:        Yeah.

HS:         You know? Because, uh, they know what the problem is but they get all soft. And a lot of these guys, I mean, they're—a lot of them are s—borderline alcoholics.

UCE:        Yeah. Wow.

File Number: WF-3474054

HS:        And they just--they—I think—I think that's how they manage their—their problems. That's not a long-term solution.

UCE:       You—you talk to them pretty often?

HS:        Yeah. Every now and again.

UCE:       Yeah.

HS:        Yeah.

UCE:       Yeah, I'm not a big drinker. I think it's, uh, an escape-from-reality kind of thing. I mean, I do drink it—I'm a beer in the—I-I mean, I'll get a beer if there's like a game on, I'll have a beer but for the most part, um, I think just getting drunk is just a waste, you know?

UF2:       So here's the total. The top is yours, and just sign on the other two.

UCE:       Okay.

HS:        Cool.

UF2:       And I can take your card when you're ready.

HS:        All right. Okay.

UF2:       Thank you. You're doing, uh, cash, right?

UCE:       Yeah. Can I just get, uh, ten back?

UF2:       Ten back?

             [pause in conversation, ambient sounds]

HS:        Yeah. I was—I-I was actually—I was hanging out with them . . .on Saturday.

UCE:       On Saturday?

HS:        And, uh, of course we went to a bar because that's what we do.

UCE:       Yeah. [laughs]

HS:        And one of them . . . Like, he got into a fight because he wanted to get into a fight. And, uh, I didn't stop him because I was like, "Ah, well, that's part of what he comes here for, is to get in bar fights."

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Is he, like, younger? Kind of like has something to prove kind of guy?

HS:         He—he's in his thirties, mid-thirties.

UCE:        [OV] Hmm. M-hum.

HS:         [OV] And so you would think he was matured a little bit—little bit, but--

UCE:        [OV] Yeah.

HS:         **18:50** You know, but that's what he—and—and a lot of them, that's what they enjoy fighting. And that's not a bad thing because it means that on the streets they're actually really good.

UCE:        Yeah.

HS:         And the Proud Boys have to be good at that because Proud Boys are generally outnumbered by Antifa.

UCE:        Oh, yeah.

HS:         [OV] All those other places [UI].

UCE:        [OV] Yeah. They don't, uh—I think Antifa are, like, pussies anyway.

HS:         **19:04** They are.

UCE:        [laughs]

HS:         But numbers—numbers . . . You know, like, uh, the—the November rally here in DC, there were almost 500 Antifa.

UCE:        Wow.

HS:         **19:15** And there were about 100 of us Proud Boys.

UCE:        Yeah.

HS:         And, uh, 500 people, even if they're pussies, there--

UCE:        [OV] Yeah.

HS:         --are 500 people who've—who've got sticks--

UCE:        Yeah.

212

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         --and shields, and are—and are not there to play fair.

UCE:        Yeah.

HS:         So it—they—they—they w—they were roughing people up, you know? Not
            Proud Boys but they were roughing up--

UCE:        [OV] Yeah.

HS:         --other people.

UCE:        And you—you say there were 100 or so?

HS:         Yeah, there were, like, 150 Proud Boys there, something like that.

UCE:        [OV] Wow. What's good, yeah, there's che—you know, the normal people.

HS:         Exactly.

UCE:        Right?

HS:         And that's where, you know--

UCE:        [OV] You know?

HS:         And it's good. Like, Proud Boys are good at fighting because they literally just
            enjoy fighting.

UCE:        Yeah.

HS:         You know? And so—and so that's why, like when—when this friend of mine, he
            gets into a fight, like, I was standing. Like, at first, like, I moved and, like--

UF2:        Here's your check and I'll bring you your change.

UCE:        Oh, thank you.

UF2:        M-hum.

HS:         Like, I moved in--

            [end of audio]

**Session Number:** 19 of 28
**Source File Name:** WF_CT-1UCOP_CT-1UCOP-BR_2022_03_22T13_39_07

File Number: WF-3474054

**Duration:** 00:15:52

[start of audio]

HS:       My friend was here, the other guy was here, and I stood here thinking, "I'm going to split it up." And then right before it happened I just thought, "Well, this is what he comes here for." Like--

UCE:      Yeah.

HS:       --he wanted to get into a fight tonight. So I sat back and the idiot attacked him. Like, dude, don't attack a Proud Boy. You're going to regret that. [laughs]

UCE:      It was this—it was this past Saturday?

HS:       Yeah.

UCE:      Wow.

HS:       And soon as he go—he actually picked up a chair and st—and went to attack the guy, and the guy easily pushed the chair aside, punched the guy out. [laughs]

UCE:      Wow. What—uh—what caused it? What was, like, the--

HS:       [OV] "Fuck Tebow" "You looking at me, man?" Because—yeah, because—so my friend, because he wanted to—he wanted to fight, and so he just started—like, this guy was, like, 30 feet away and he just starts yelling at him. Like, just trying to egg him on. And I guess, like, he's good at it, because he got the other guy to attack.

UCE:      Yeah.

HS:       Which I guess is what you want to do if you get into fights a lot, is cover your legal situation.

UCE:      [OV] Oh, yeah.

HS:       [OV] Be like, "Oh, you attacked me. Everybody—everybody--

UCE:      [OV] Yeah.

HS:       [OV] --saw it."

UCE:      [OV] "Everybody, you saw that? You saw that?"

File Number: WF-3474054

HS:    [laughs] So looking back on it—like, at the time, I was just kind of, like, "Really? You just got us kicked out of the bar, right? Can you just—can you just have some self-control?" But looking back on it, like, think, "Well, actually, he was kind of smart about it. He made sure he got attacked, and he got what he wanted. He got his fight. We did still get kicked out of the bar."

UCE:    Yeah.

HS:    But he didn't go to jail, you know, because--

UCE:    [OV] Yeah.

HS:    [OV] --everyone knows--

UCE:    Yeah.

HS:    --he didn't attack.

UCE:    Yeah. The other guy get in trouble or--

HS:    No.

UCE:    No?

HS:    No, because—because—because we were just as eager to drop it.

UCE:    [OV] Yeah.

HS:    [laughs]

UCE:    It—it was a-a beer and a brawl, some would say?

HS:    Exactly. Yeah. [laughs]

UCE:    That's good, man. Yeah, that's good that you give, um—you—you're surrounded by a good, healthy crew, as you say.

HS:    Yeah. Yeah.

        [pause in conversation, ambient sounds]

UCE:    What do you have planned for the rest of the day?

HS:    Every time I go somewhere, my neck acts up, so--

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:       --and--

HS:       Yeah.

UCE:       [OV] --watching the mainstream media and, you know, and all the progressives and everything else, you know? That's . . .

HS:       Yeah.

UCE:       Kind of like going back to the book, too, is—Is just saying, like, about the—um-- the Reds would, like, protest and get into fights at the—um—what was it? The Biergarten [PH]? What was it? Uh, he was talking about.

HS:       [OV] M-hum.

UCE:       **1:24** Uh, the first thing I thought about [sound of item being placed on table] was, like, you know, Antifa and BLM, those type of people. Like, you know, people would come out and protest, would get in the protesters' face and, you know, beat them up or whatever the case may be.

HS:       [OV] Yeah.

UCE:       You know? The—uh—the—the Freikorps, aka, you know, the, um, Proud Boys come out and s--and draw the line in the sand, so—that was—it was amazing the- -um—the—uh—parallels, you know?

HS:       **1:45** [OV] Yeah.

UCE:       So hopefully, uh, World War Three doesn't break out, you know, from--

HS:       [OV] Yeah.

UCE:       --f-from all this. So . . .

HS:       **1:52** [OV] And what—and what worries me is—is I've been looking a lot into what Putin's been saying, because I really want somebody like Hitler to stand up and say, "We're going to stand against this moral incineration that we're seeing in the western world."

UCE:       **2:03** M-hum.

HS:       And I want that to be Putin, because he's in the right position. He's already fighting--

UCE:       M-hum.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:     Well, I think Biden from the very start . . . Biden—Biden wants to put troops in, but he doesn't want to put them in early enough, because if he'd done it at the very beginning, Putin would've just pulled out.

UCE:    Yeah.

HS:     Because Putin doesn't want a-a war with the United States.

UCE:    M-hum.

HS:     That's why he didn't do this when Trump was president.

UCE:    Yeah.

HS:     Which is kind of our bad, like . . . Because Trump, like, he's would give inter— interviews, like, "Oh, if I were president Putin would've never done this," which is true.

UCE:    Mm.

HS:     And that's not a good thing, because it just means more Russians would've be slaughtered in the Donbas [PH] for another four years.

UCE:    Yeah.

HS:     You know?

UCE:    Yeah.

HS:     So, that's on Trump, like--

UCE:    [OV] Yeah.

HS:     Trump's responsible for those 13,000 dead Russians.

UCE:    Yeah.

HS:     So . . .

UCE:    It's a mess.

HS:     **15:11** Yeah, such a mess to—so—so—Put—so Biden. As soon as—as soon as— as—as the war started, Biden and his handlers, his intention is to put as many Americans in there to get slaughtered as he possibly can, but he knows if he does it too early, we'll win the war, because--

File Number: WF-3474054

| | |
|---|---|
| UCE: | [OV] Yeah. |
| HS: | --we're good at that. |
| UCE: | M-hum. |
| HS: | And we do Blitzkrieg [PH]. Russians don't do Blitzkrieg. |
| | [sound of item bouncing against table] |
| UCE: | M-hum. |
| HS: | They can't. |
| UCE: | M-hum. |
| HS: | Like, it's not that Putin doesn't understand the advantages of that style. |
| UCE: | M-hum. |
| HS: | It's that Russian soldiers don't have the discipline to make it work. |
| UCE: | Yeah. |
| HS: | And so if we went in doing Blitzkrieg and—and they're doing their same plotting that Russians always do, we would wipe the floor with them. |
| UCE: | Yeah. |
| HS: | **16:00** And so—and Biden knows that. |
| UCE: | Mm. |
| HS: | Biden knows that. But that's not the idea. He doesn't want to send us in somewhere so he can win a war. He wants to send us in as a meat grinder-- |
| UCE: | Yeah. |
| HS: | --like World War One was so good at-- |
| UCE: | Yeah. |
| HS: | --where he gets to dump millions of Americans. |
| UCE: | Yeah. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:        And not Americans—not the sort of people . . . You know, not fat Americans, not Jewish-Americans. All these people, they're not going to war. All these people--

UCE:       [OV] Yeah.

HS:        --who were, like, [UI] they're not going to sign up.

UCE:       [OV] Yeah.

HS:        It's you and I.

UCE:       Yeah.

HS:        It's white guys. It's people from Tennessee, it's people--

UCE:       [OV] Yeah.

HS:        --from Alabama and Georgia. It's people who lived in the [UI].

UCE:       Yeah.

HS:        Those are the ones he's going to send there to get slaughtered.

UCE:       [OV] Oh yeah.

HS:        But—and so he has to wait until, you know, un—until Russia almost has complete control of Ukraine.

UCE:       Yeah.

HS:        And that's going to take another seven months at least, maybe five, six months, because--

UCE:       [OV] Yeah.

HS:        **16:45** --because Putin's not in a hurry. He's doing this the right way.

UCE:       Yeah.

HS:        But once that happens, once Ukraine exists only on paper . . .

UCE:       Mm.

UNCLASSIFIED//FOUO

File Number: WF-3474054

[sound of items being moved around]

UCE:        Yeah. Like what issues?

HS:         Well . . .

UCE:        I think you're spot on. I'm—I—I—like I say, I read that book, so many parallels.

HS:         **6:34** Yeah. Yeah, because it—I mean, yeah, they're—the amount of information is strong and if—if people believe that Hitler is the most evil person ever, and I—and they find out that I support Hitler—which I think he's one of the best people that's ever been on this earth.

UCE:        Uh-huh.

HS:         --then that person . . . You know, all my—all my roommates, they work for the government.

UCE:        Oh, yeah.

HS:         [OV] It wouldn't be hard for them to just . . . You know, if I ever needed to re-up my clearance, they'll be the ones that get interviewed.

UCE:        Yeah.

HS:         [OV] And you know?

UCE:        But I mean, again, do it—it's your opinion, though. Uh, d—y-you know, like, get you for your—an opinion.

HS:         Theoretically no, but they would.

UCE:        Yeah.

UF4:        Here you go.

UCE:        Thank you.

            [sound of item being placed on table]

UF4:        You're welcome.

UCE:        Which is—which is—I-I don't understand because, I mean, the First Amendment rights, we have an opinion here, right?

HS:         Yeah.

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | So . . . I mean, it—yeah, it's not like you're—you're, uh, doing anything. It's just, "Hey, I read these history books that kind of tell the truth-- |
| HS: | Yeah. |
| UCE: | --that you're lacking." You know? |
| HS: | Yeah. But, uh, I know, like . . . [sound of item being placed on table] Like I told my brother, you know, when I mentioned this stuff to him and I talked to him about it, that's when he totally cut me off. That was in October. He hasn't spoken to me since. |
| UCE: | This past October? |
| HS: | Yeah. He won't . . . Like—like . . . You know how Telegram tells them if—if, like-- |
| UCE: | [OV] Oh, yeah. |
| HS: | --someone has read your messages? Like, he won't even read my messages, and he knows that I can see that he hasn't read them. It's like his way of being, like . . . |
| UCE: | Really? |
| HS: | And—and—and the weird thing is, he never, like, he could've just said, "Hey, let's not talk politics" or something. I would've said-- |
| UCE: | [OV] Yeah. |
| HS: | --"Okay." [sound of item being placed on table]  You know? |
| UCE: | Yeah. |
| HS: | He didn't—he just skipped that step to completely cutting me off-- |
| UCE: | [OV] Yeah. |
| HS: | --you know? Like, I think . . . And it's—and—and in the last message he sent was this rambling thing about how evil Hitler is and all these scenes and these . . . .[sounds of item being placed on table] |
| UCE: | Yeah. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         And it's like people have really just deep-seated ideas about things that they have been--

UCE:        [OV] Yeah.

HS:         --taught.

            [sound of items being moved around]

UCE:        But yeah, goes back to everybody's First Amendment rights, you know?

HS:         Yeah.

UCE:        Do you think he—uh, does he know you have all these guns and everything? Your brother?

            [sound of items being placed on table]

HS:         Um, I don't think he does, no.

UCE:        I bet your roommates, they must know.

HS:         My roommates know. And that's the thing like, [pause] until I'm confident that somebody's not going to . . . Because, you know, First Amendment . . . Currently, like, the FBI is just trying to come through.

UCE:        They're Gestapos.

HS:         Yeah, exactly. Well--

UCE:        [OV] Gestapo.

HS:         --I w—I wish they were Gestapo. They're—they're—the Gestapo was actually . . . . They got a lot of bad press. Like, everyone's like, "Oh, the Gestapo's gone, that's from pe—from Hitler's." Yeah.

UCE:        M-hum.

HS:         Citizens shouldn't pay for this, because they're--

UCE:        [OV] Yeah.

HS:         --trying to get rid of all their Polish immigrants, and they're mostly Jewish.

UCE:        Yeah.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:        But, no, they're . . .

UCE:       Yeah.

HS:        I--I'm—I'm—I'm fairly confident that if someone were to report my opinions to the FBI, they wouldn't say, "Oh, he's got a First Amendment right," because they don't care about--

UCE:       Yeah.

HS:        --the Constitution, you know?

UCE:       Again—again, to borrow the parallels from that book and the 50 page I r--I read on the other one, I mean, the FBI now is, like, the modern Gestapo.

HS:        Th-th-they're the modern, uh, Stasi [PH]. The—the--

UCE:       [OV] Yeah.

HS:        --the—the s—the communist one.

UCE:       [OV] Yeah.

HS:        Because the Gestapo was . . . Like, they a—they—they respected people's rights. I actually--

UCE:       [OV] Yeah.

HS:        --I read about Kristallnacht, which we've been—I was taught, "Oh, all these poor Jews." Like—like—like their businesses were ransacked, glass broken and all this stuff. You know what happened was [pause] What ha—that whole story is amazing. So Poland within, like, four years, like, s—eighty f—seventy—eighty thousand Polish immigrants had come into Germany. And Germany's a small country. There were—there's only, like, 60 million people.

UCE:       Yeah.

HS:        So there was this huge influx of poor Polish immigrants who are mostly Jewish, causing trouble, leading crimes, doing what immigrants do here, you know? And the—the Nazi party had tried to do something about it but . . . I don't know, they hadn't done as much as they should've. And Germany—German citizens were d-- were getting fed up with these immigrant--

UCE:       Mm.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:     [OV] --these illegal immigrants. And a lot of them [hiccups] Germany was much better at paroling their border than we are, so a lot of these—they weren't just walking across. They had come through with, like, temporary visas or work visas or tourist visas, and those visas had expired and they just hadn't gone back.

UCE:    Yeah.

HS:     So the government knew that they were here illegally, but they hadn't done anything about it yet. Well, then I think it was, like, October of –when was this, 19 and –wh-when was Kristallnacht? I forget what year it was. But in October of that year . . . Poland, their government passed a law saying that they weren't going to accept any of these guys coming back, so Germany wouldn't be able to just put these illegal immigrants, uh, that were Polish citizens--

UCE:    [OV] Yeah.

HS:     --on a train and send them back to Poland. Poland didn't want them.

UCE:    Yeah.

HS:     And so that sort of woke up the German government. The—the—the—the Nazi regime was like, "We—we need to do something about this now." And it was already October, and that law was going to c-come into play October 30th. So they had, like, two weeks--

UCE:    M-hum.

HS:     --to get all these Polish immigrants out of Germany or—or the doors would be closed.

UCE:    Yeah.

HS:     So they—the Gestapo went out rounding people up. They only got—they only sent about 8,000 people across the border and of—of those, 4,000 or so of them were the only ones who actually didn't get turned back, because even though it wasn't October 30th yet, the—the Polish Customs were just ignoring their own laws and turning back their own citizens, back to Germany. They were just putting them back on a train to Germany.

UCE:    Yeah.

HS:     So all these Polish immigrants that we had just tried to kicked out—that Germany had just tried to kick out are now back in Germany by the thousands. They were ransacking places, they were—they were just doing all kinds of things. We didn't have any place to put them, and so Germany tried to build a couple of quick

UNCLASSIFIED//FOUO

File Number: WF-3474054

camps, but—but so many of these guys, they were already just—they were marching into Germany. It was e-essentially, uh, like an army, you know?

UCE:        [OV] Yeah.

HS:         And the thing was, you would think that as they got farther into Germany some of them would split off. "Oh, my old house was this way." "Oh, I know somebody this way," you know?

UCE:        [OV] Mm.

HS:         And they would just stay with whoever. But the thing was, a lot of the—there were so many illegal Polish immigrants who hadn't yet been picked up but they knew they were—they had--

UCE:        [OV] Mm.

HS:         --to be on a list.

UCE:        M-hum.

HS:         They were like, "Well, I'm probably next, so as this group is coming through, I'm going to join them." So as—as these—these groups were coming further and deeper and deeper into Germany, they actually got bigger. So there were these marauding bands of thousands of criminals just—just destroying businesses. They were invading houses. There were actually Germans . . .

UCE:        Oh, so, like, Antifa? [laughs]

HS:         Yeah. They were Antifa.

UCE:        [OV] Or BLM?

HS:         Yeah, exactly. It was like a combination of Antifa and BLM. And there were some Germans who—they thought it was over. But there was actually a spike in suicides, because people would see this coming down their street and they'd be like, [sound of item being placed on table] "Germany's done" and then kill themselves, right--

UCE:        Wow.

HS:         --to avoid being raped and—you know, being raped and whatnot. But these people—these Jews are doing—because Jews, for some reason, love gang raping people. It doesn't matter what they're doing, they always have time to gang rape--

UCE:        [OV] Mm.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:        [OV] --white girls.

UCE:      M-hum.

HS:        So this—this went on for a couple weeks. It just got worse and worse and worse. And everyone was—was, like, people were petitioning the government, like, "Do something about this now."

UCE:      M-hum.

HS:        And so, I think it was Himmler who he—he—he—he ran the police forces. He basically said, "All right, it's illegal for Jews to get--" Because what Jews were doing, even the Jews that were legally in Germany, they would—they would provide aid and comfort to these people. So, for example, uh, department stores were where these people would congregate because, uh, then as now, all the big businesses are owned by Jews.

UCE:      Yeah.

HS:        So Jews owned all the department stores and everybody knew it. And so when these Antifa would come through, they didn't even have to ask because it—it was just obvious. "Okay, even though Jews are a s-s--very small minority, they own most of everything.

UCE:      M-hum.

HS:        And so obviously those department stores would be Jewish owned and so we can just hole up here for a while." They would also hole up in synagogues. They—so had their—there's this support network of all these Antifa and all these Jewish citizens who would help them so that they would gain strength to go out and kill white people. Yeah.

UCE:      Wow.

HS:        So Himmler said, "Okay, it's illegal to congregate. Jews, you know, you can't congregate in schools, you can't conger—y-you—shut down your press," because they were also—like, Antifa was running these press where they would tell—they would—they would hand these pamphlets saying, "At this time tomorrow, be at this place to destroy the entire town."

UCE:      Yeah.

HS:        And so they shut down their press. And it—and, like—it was an existential crisis with Germany.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | Wow. |
| HS: | You know, you think about Germany, it's a small—it's about the size of a state in this country. |
| UCE: | Yeah. |
| HS: | You think about, you know, if Virginia were being invaded on—on—you know, ha—her entire eastern border by a bunch of people who were just destroying everything . . . |
| UCE: | Yeah. |
| HS: | Like, that can't continue. |
| UCE: | Yeah. |
| HS: | So they, too—they—they were arresting Jews by the thousands, and they finally got it tamped down. But in all that time, a lot of what had happened was people had started to fight back because the Jews would come through and they would destroy all the non-Jewish businesses and so you-- |
| UCE: | [OV] Yeah. |
| HS: | --you'd look through and you'd see-- |
| UF4: | You still doing okay? |
| HS: | Yeah. |
| UF4: | Would you like a box? |
| HS: | [OV] Uh, a box. Yeah. |
| UF4: | [OV] Okay. |
| HS: | Thanks. Um, the few businesses that hadn't been destroyed, people could look at those and say, "Oh, I know why they weren't destroyed. They're Jewish." |
| UCE: | Yeah. |
| HS: | So people would go out and destroy them. Be like, "You can't—y-you know, you're not—we're not going to let you be the only people-- |
| UCE: | Yeah. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:          --that didn't get your business destroyed."

UCE:        Yeah.

HS:          And so that was Kristallnacht.

UCE:        Uh-huh.

HS:          That was these people like, "No, we're not going to tolerate this, you would get--"

UCE:        [OV] Sounds like Portland. [laughs]

HS:          Exactly. Exactly. Yep.

UCE:        Yeah.

HS:          That's exactly what it was.

UCE:        Uh-huh.

HS:          16:57 And so that was Kristallnacht, is that they finally fought back. And they
             had to fight back because, like—like—uh—and—and you'll read, uh, if you look
             on
             Wikipedia, like, "Oh, yeah, people were surrounding Jewish synagogues." Yeah,
             they were--

UCE:        [OV] Yeah.

HS:          --because that's where all the Antifa were--

UCE:        M-hum.

HS:          --and if you let them wait until they were prepared for the next morning, they
             would've come out--

UCE:        [OV] Yeah.

HS:          --and destroyed your town. So instead, you got your neighbors together and you
             went to the synagogue and said--

UCE:        [OV] Mm.

HS:          --"Either you get out of town or we'll kill you."

UCE:        Yeah.

File Number: WF-3474054

HS:         So it was—it was literal civil war--

UCE:        M-hum.

HS:         --in Germany for almost [hiccups] two straight weeks.

UCE:        Wow.

HS:         But of course, the history books are like, "Oh, Himmler--

UCE:        [OV] Uh-huh.

HS:         --just decided to go through and—and break the glass of a bunch of Jewish businesses."

UCE:        Yeah.

HS:         And that's all people hear. It's like--

UCE:        [OV] I know that.

HS:         --no they were about to succumb to—to this massive Antifa-BLM--

UCE:        Yeah.

HS:         --nonsense.

UCE:        Do you think—think that'll happened today?

HS:         I think it will happen. I think--

UCE:        [OV] You think—you think--

HS:         [OV] --I think that's what BLM is, you know?

UCE:        You think they're backed by the Jews? BLM or . . .

HS:         Yes, absolutely. M-hum.

UCE:        [OV] M-hum. How about Antifa? Backed by--

HS:         [OV] Uh, yes.

UCE:        Yep.

HS:         So A-Antifa is almost purely Jewish just in the sense . . .

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. |
| HS: | **18:00** That is—like, Antifa is what it was called in Germany. |
| UCE: | [OV] Yep. Okay. |
| HS: | **18:04** [OV] Yep, anti-fascist. It was started—so—so what Antifa is . . . So when . . . |
| | Okay, s-so—so here's how it works, end of—end of World War One, Weimar Germany—well, this is before Weimar Germany. End of World War One . . . as soon as treaties are signed, and almost before the treaties are signed, communists rise up in Germany and just take the entire country, right? Because of the Freikorps, they didn't succeed, but they succeeded in, like, they took Bavaria, they took Munich, they took—they took, uh, Berlin. |
| UCE: | M-hum. |
| HS: | They—they took most of the country. It was looking really sketchy. That's what we called the—Thanks. |
| UF4: | You're welcome. |
| HS: | We call that era the [sound] Weimar Republic, right? |
| UCE: | M-hum. |
| HS: | Why didn't—Weimar is a city. |
| UCE: | M-hum. |
| HS: | Why didn't they have their capital in Berlin? Because Berlin was literally under communist control. So they went to Weimar to set up the republic because half their country wasn't even theirs anymore, because the communists had taken so much territory, right? This was 1919, 1920, 1921. |
| UCE: | **19:04** Yeah, right after World War One. |
| HS: | [OV] That's why we call it the Weimar Republic, because they barely—they were almost-- |
| UCE: | [OV] Yeah. |
| HS: | --a republic in exile. |
| UCE: | M-hum. |

File Number: WF-3474054

HS:         They were that close to being pushed out of--

UCE:        [OV] Yeah.

HS:         [OV] --their own country, right? So, the Freikorps is what banded together and pushed them out of Munich, pushed them out of Berlin, pushed them out of Bavaria. And—and Hitler actually, he was—he was about to be arrested for his part in pushing them out of Bavaria.

UCE:        Yeah, I've seen that. No, that's--

HS:         [OV] Yeah.

UCE:        [OV] --what—he spent—he wrote this in--[sounds] he wrote this in jail.

HS:         Yeah, he wrote it in jail. Um, so, he, uh—so the—so Freikorps did all that, and then responsive to the Freikorps--

UCE:        Yeah.

HS:         --was Antifa.

UCE:        Yep.

HS:         Right? So Antifa was the paramilitary wing of the communist movement. They basically looked and they said, "Oh, we got beat by the Freikorps because we didn't have enough military--

UCE:        [OV] Mm.

HS:         --experience. We're not good enough at fighting in the streets. We're just good at—at w-w-w-we're good at fighting civilians and murdering innocent people, but we're not good against organized resistance." So Antifa was—was designed as the--

            [end of audio]

**Session Number:** 26 of 28
**Source File Name:** WF_CT-1UCOP_CT-1UCOP-BR_2022_04_07T13_14_06
**Duration:** 00:20:00

            [start of audio]

HS:         00:00 --communist response to the Freikorps.

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah. |
| HS: | So . . . And—and they were good at it. And they—they—they fought Hitler the whole time that he was in power. |
| UCE: | Yeah. |
| HS: | So in this country, Antifa's here for the same reason. Antifa is the military wing of the communist movement which is Jews. |
| UCE: | [OV] Jews. M-hum. |
| HS: | Right? So BLM is like the foot soldier. So BLM . . . And—and—and the BLM people, they were trained by Marxists. Like, Patrisse Cullors [PH], uh, she was famous for saying-- |
| UCE: | Yeah. |
| HS: | --"I'm—I'm a Marxist-trained person." Like they do-- |
| UCE: | [OV] Yeah, I remember that. |
| HS: | Yeah. It was a Jew who trained her. The same person who trained her was the same person who originally set up the LA riots of the nineties. |
| UCE: | Okay. |
| HS: | They were—th-there's this Jew. He's actually written several books, and the books he wrote in the nineties, he wasn't even hiding this. He wrote books called, like, How to Foment Rebellion in LA. Like, they were very specific, like, 'Here's how you do exactly what he ended up doing in 1992." |
| UCE: | Yeah. |
| HS: | Okay? Well, he didn't retire after 1992. He went on to train people who later founded BLM and whatnot. |
| UCE: | [OV] Yeah. |
| HS: | So that's what—and that's all Jewish, okay? It's just a bunch of Jews. And we know their names. Like, I used to know his name. I forgot his name now. But he—he continues to write books. Now he has—he runs several actual, legit training camps where people will come. Some of these, like—like it's a year-long program, uh-- |
| UCE: | **1:13** Really? |

294

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         --where you go and you get a scholarship because the Jews are rich.

UCE:        Yeah.

HS:         And for a year you learn how to be a good Antifa person.

UCE:        Yeah.

            [ambient sounds and conversation]

HS:         You—you learn how to burn down churches, you learn how to get away with--

UCE:        Yeah.

HS:         --various things. And then you go and you teach, like, the black people.

UCE:        [OV] Yeah.

HS:         Black people don't—they don't have the discipline, so most of that's Jews.

UCE:        Yeah.

HS:         There are very few black Anitifa in--

UCE:        M-hum.

HS:         --in the camp, because they're—they're lazy and they just don't care. They don't want to go--

UCE:        [OV] Yeah.

HS:         --through the training. But there's tons of them in there that are perfectly willing to be violent in their fighting.

UCE:        Yeah.

HS:         S-so you get all the black people in the streets and then you have a few Antifa spread out to—to mold their protest into whatever—ever—whatever they want it to be.

UCE:        Yeah.

HS:         **1:53** And that's how that works.

File Number: WF-3474054

| | |
|---|---|
| UCE: | **1:55** So if BLM and Antifa—I agree with you, are run by Jews . . . Biden, uh, do nothing—they're—I think they're emboldening them, right? What can we do to—to stop that? Because right now we're at a tipping point-- |
| HS: | [OV] Well-- |
| UCE: | [OV] --I think, in America. |
| HS: | --well, Biden—Biden is, you know, he's being operated by the same people, and so he's happy-- |
| UCE: | Yeah. |
| HS: | --to have, you know, these men-- |
| UCE: | [OV] Yeah. |
| HS: | --whatever they're doing. |
| UCE: | Yeah. |
| HS: | And—and you can see their allies, because as soon as he was elected, all of a sudden Antifa-- |
| UCE: | [OV] Yeah. |
| HS: | --disappeared from DC. |
| UCE: | M-hum. |
| HS: | You know? And th-they can be back in a flash, but only when-- |
| UCE: | [OV] Yeah. |
| HS: | **2:22** --they're ordered to. |
| UCE: | Yeah. |
| HS: | There's—there's nothing organic about it. |
| UCE: | Yep. |
| HS: | Yeah. |
| UCE: | But again, like, what—what—what can we do to—to s—to stop their—or stand up or anything like that, you know? There has to be some kind of-- |

File Number: WF-3474054

HS:  The ADL was founded to make sure that never happens again, and a bunch of Jews that said, "This Jewish child molester never got his due, and we're going to make sure that never happens again."

UCE:  Wow.

HS:  13:33 And for 100 years, the ADL has basically sought out Jews who are being persecuted for heinous crimes they've committed, and tried to get them let out of prison, tried to get them acquitted, all these things.

UCE:  Especially this, you know—uh—you know—uh--Kanji *[sic]* Brown, right? The, uh, Supreme Court s--

HS:  [OV] M-hum.

UCE:  So, my question to you is, here—so I can make sense—so I guess s-supposedly she let a lot of pedophiles go off easy, so they think she's kind of influenced by the Jews too?

HS:  Mm, she is.

UCE:  Yeah.

HS:  Yeah, if you let any of those pedophiles go, Ja—th-their—their—their victims are the ones who--

UCE:  Yeah.

HS:  [OV] --you know, white kids—they're white kids.

UCE:  How would you go a-after ADL though? I mean, they're—I mean, they're—they have a lot of influence, a lot of sway.

HS:  They have a lot of influence. They're invisibly [UI].

UCE:  Yeah.

HS:  You know?

UCE:  Very true.

HS:  Um--

UCE:  Very true.

HS:  One of them—one of them makes—makes a lot of [UI].

307

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Oh really?

HS:         Yeah.

UCE:        Close by you or, like, in the area?

HS:         In—in the area.

UCE:        Okay.

HS:         Mm.

UCE:        [OV] Wow.

HS:         **14:38** [OV] Uh, you know, because we do live in the DC area, so there's actually a-a lot of these—these enemies that appear because this is where the seat of government is.

UCE:        Yeah.

HS:         So we have an advantage. Like, if we were living in Alaska--

UCE:        Yeah.

HS:         --like, nobody's there.

UCE:        Yeah.

HS:         Everybody is here.

UCE:        Yeah.

HS:         **15:00** Um, and I don't know, you know, I haven't fleshed this idea out but there are these people—and the thing is, it's not like they aren't murdering us.

UCE:        Yeah.

HS:         You know, Seth Rich [PH]. I just saw him, and the—the trial is stalled again because it--

UCE:        [OV] Seth Ridge?

HS:         Seth—Seth Rich, um—he w--

UCE:        [OV] Rich.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         --he was murdered, I think, in 2016. He was working for Democratic National Committee, and he found out the corruption that was going on. He was about to go publish—public with it, and he got murdered on the streets of DC. Straight up just killed on the streets.

UCE:        Yeah.

HS:         All—the cops came and looked. They were like, "Oh, it was a robbery. Open-and-shut case. We're not even going to research it." His wallet wasn't even missing. Some robbery that was.

UCE:        Yeah.

HS:         Who ro—who kills somebody and doesn't take anything?

UCE:        Yeah.

HS:         Yeah, they said it was a robbery.

UCE:        [OV] For a robbery, yeah.

HS:         Straight-up corruption. Like, they weren't even trying to hide it. They were like, "No, we're not even going to investigate this."

UCE:        Oh wow.

HS:         Like it was a straight-up hit job.

UCE:        Wow.

HS:         Hit jobs like that are common.

UCE:        Uh-huh.

HS:         I only remember that because I just saw the other day, I think it was yesterday I saw it's—the courts are now trying to convince the FBI to release, uh, a memory card that they had and had refused to release for, like, five, six years now--

UCE:        Wow.

HS:         --that could talk about why Seth Rich was killed. And they're like, "We—we don't know what you're talking about. We don't know where the memory card is."

UCE:        Was that—it was in DC, you said? Was that--

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:         [OV] It was in DC.

UCE:        Oh.

HS:         Because he—because he lived in DC. He was a lobbyist.

UCE:        [OV] Yeah. Yeah.

HS:         [OV] He—he worked for the DNC.

UCE:        Yeah.

HS:         Right? So, and it—it doesn't matter where he was. And like, these people didn't kill him. They didn't kill him.

UCE:        Yeah.

HS:         We—if we—we don't do the same, we're going to lose, because the important people are getting--

UCE:        [OV] Yeah.

HS:         --tipped off.

UCE:        **16:19** I-I'm just wondering, like, where's that red line at, you know?

HS:         I think the red line is—th-the—the red line should be operational, meaning don't get caught.

UCE:        Yeah.

HS:         Don't get in a [UI].

UCE:        Yeah. Operationally-inclined, no, I mean it's . . .

HS:         No, you know, that--

UCE:        [OV] Takes a lot of planning to do that, you know?

HS:         And—and—and there's a p—you know. And that—and that—and that makes it tough, you know?

UCE:        **16:41** [OV] Yeah.

HS:         Um--

310

File Number: WF-3474054

| | |
|---|---|
| HS: | Yeah. |
| UCE: | You know? Maybe it'll take them to go, uh, operational on everything, you know? |
| HS: | [OV] Yeah. That's what we need to do. |
| UCE: | Yeah. |
| HS: | A lot of people with combat experience. A lot of people who want to [UI] because honestly . . .  even the people I know who are, like, you know, who maybe see what's going on—not just anybody because— |
| UCE: | Yeah. |
| HS: | --it takes a certain kind of person. |
| UCE: | Yep. Again, uh-- |
| HS: | [OV] You know we have that personality. |
| UCE: | --again, uh, that's-- |
| | [end of audio] |

**Session Number:** 27 of 28
**Source File Name:** WF_CT-1UCOP_CT-1UCOP-BR_2022_04_07T13_34_06
**Duration:** 00:20:00

| | |
|---|---|
| | [start of audio] |
| UCE: | --a-a clear, like, red line, you know, before someone does that. So . . . You know? |
| HS: | It has to be somebody that's confident that they're doing the right thing because-- [sound of item being placed on table] You know, and that means they have to be educated because-- |
| UCE: | M-hum. |
| HS: | I'll be honest, as a Christian . . . I have to be really sure of what I'm doing. |
| UCE: | Yeah. |
| HS: | You know? I have to be sure. |
| UCE: | Yep. Got to meet, uh, Saint Peter at the gates-- |

File Number: WF-3474054

| | |
|---|---|
| HS: | Yeah. |
| UCE: | --and let him know, uh, why you did. |
| HS: | And so there are a lot of people who just—if they're lazy, if they don't have the discipline to educate themselves and f—really figure out what's going on, then they're never going to be that sure. |
| UCE: | Yeah. |
| HS: | You know? |
| UCE: | And plus, you know, a Second Amendment right, a well, regular militia. |
| HS: | Yeah. |
| UCE: | You know? |
| HS: | But that's the problem, [sound of item being placed on table] I think the regular militia—I know some people in the militia, but they haven't taken the time . . . Like, they're not going to be the ones to do it just because they'll never be able to convince themselves, "Look, you know . . ." They'll talk about it. |
| UCE: | M-hum. |
| HS: | **1:00** I know mors--most of the people were a-all loud and telling everyone. It's like what happened to, like, um—that's—that's a—I don't believe it. |
| UCE: | [OV] M-hum. |
| HS: | [OV] And I don't believe it, not because not—I don't think they're lying. |
| UCE: | M-hum. |
| HS: | I think they don't know themself well enough. |
| UCE: | M-hum. |
| HS: | When that time comes and they're actually—they're looking at somebody in their sights that's coming down-- |
| UCE: | [OV] Mm. |
| HS: | --their dirt road to their house to take their guns-- |
| UCE: | Yeah. |

File Number: WF-3474054

HS:         --a-and their children, they got them in their sights and they're about to pull the trigger, they're not going to pull the trigger--

UCE:        Mm.

HS:         --because they're Christians, and they've been taught.

UCE:        Yep.

HS:         Right?

UCE:        [OV] Yep.

HS:         [OV] And they're not sure of what's going on. So that's where—even if a Christan, like . . . A-and it's not accidental. Christian churches are teaching people to be pacifistic.

UCE:        M-hum.

HS:         Because they've been—they've—they've been taken over.

UCE:        Yeah.

HS:         We got to s—we got to overcome--

UCE:        [OV] Yeah.

HS:         [OV] --that, and that's going--

UCE:        [OV] Yeah.

HS:         [OV] --to take a lot of work.

UCE:        Yeah. I mean, I'm sure. Are you sure? I'm sure.

HS:         I'm sure about certain people, and I n—and I—and I-I [pause] I need to figure out—what—what worries me--

UCE:        Mm.

HS:         **2:00** Is that the people I'm sure of, like George Soros. Let's—let's say I'm say I'm sure about George Soros. Well, when am I ever going to have the opportunity to like--

UCE:        Yeah.

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:        You know what I'm saying? What I need to be sure of is people in my neighborhood. People that are actually, uh, reachable by someone like me.

UCE:       Yeah.

HS:        People who don't have bodyguards. People who don't have intel organizations helping them out.

UCE:       Like the ADL you're talking about?

HS:        Yeah. You know? And they're—they're pretty high up. But—but that's the other thing, right?

UCE:       Yeah.

HS:        You know? Like, people that I can reach.

UCE:       Yeah.

HS:        And the farther down they are on the chain, the less sure I become, which is my deficiency. Like, I recognize--

UCE:       [OV] Yeah.

HS:        --that. Um, and—and I'm still working through how I figure that out. Like, I even thought, "Maybe I'll do like a—like a-a mock trial just where I write down the arguments for and against, and—and—and come to a decision, then say, okay, now this person . . ."

UCE:       [OV] For yourself, yeah.

HS:        [OV] For myself. Say, "Now--

UCE:       [OV] Yeah.

HS:        --I can put this person on the list and I know I'm sure."

UCE:       Mm.

HS:        You know, because . . . Yeah. I don't know.

UCE:       You think at that point your—uh—your solvent traps would come in handy?

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| HS: | **2:59** My what? |

| | |
|---|---|
| UCE: | Your solvent—your solvent traps would come in handy at that point? |
| HS: | Yeah. Yeah, that's the idea. |
| UCE: | Yeah. |
| HS: | You know? |
| UCE: | Yeah. No, I get it, man. |
| HS: | But . . . Because I—because I-I-I really want to start . . . You know, because, you know, like you, I-I deployed a few times, but here's my life-- |
| UCE: | M-hum. |
| HS: | --carrying a weapon around everywhere I went. |
| UCE: | Yeah. |
| HS: | I never killed anybody. |
| UCE: | M-hum. |
| HS: | **3:25** I'm tired of my whole life . . . Here's the thing, like, I-I saw this years ago and I never—I never saw it in context until recently, but people always talked about how, "Oh, jihadists are so dumb. They don't realize that no matter what they do, like, if you—if they kill themselves and take out people, like, what does that . . ." Like, actually, it's a very, very smart way of doing it because there are way more Muslims than there are Christians, so if each Muslim takes out three Christians, you could completely wipe out Christianity from the earth, and most Muslims would still be around then. |
| UCE: | Yeah. |
| HS: | Uh, just doing the numbers, it works really well. |
| UCE: | Yeah. |
| HS: | Which is why they keep doing it, and it's very effective. |
| UCE: | Yeah. |

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| HS: | We need to look at it that way, too. We need to say, "Look . . ." I mean, two percent of this population is Jewish. |
| UCE: | It's that low? Two percent? |
| HS: | Two percent, yeah. |
| UCE: | Wow. I thought it was a lot higher because they're everywhere. |
| HS: | [OV] Be-because they're everywhere, because they're—they're—they control everything. |
| UCE: | Wow. |
| HS: | Yeah. Yeah, it's only two percent. |
| UCE: | Do you think here in DC-- |
| HS: | [OV] And so-- |
| UCE: | [OV] --it's probably more? |
| HS: | Oh, absolutely. It's—it's—it's through the roof here in DC. |
| UCE: | Yeah. |
| HS: | Absolutely. |
| UCE: | Yep. |
| HS: | **4:27** But here's the thing, if you tell—let's say, like, I'm—I-I truly believe i-in—in the—the Three Percenter idea, which is that during the Revolutionary War-- |
| UCE: | Yeah. |
| HS: | --most people weren't doing anything. |
| UCE: | Only three percent would take action. |
| HS: | Only three percent would take action. Now, what if, uh, three percent takes action here, it's us three percent against two percent. |
| UCE: | M-hum. Oh yeah, yeah, that's a good point. |
| HS: | [OV] Do you see what I'm saying? |

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah, yeah, yeah. |
| HS: | Like, that's the numbers where we can literally win just on the numbers. |
| UCE: | Yeah. |
| HS: | Right? So if we took out—if we take out even one, we've done more than we need to take out. Like, if—if that were to happen, we could just literally take out just one person, one to one, and we're immediately arrested or killed or jailed or whatever-- |
| UCE: | Yeah. |
| HS: | --we would manage to leave one percent of true fighters. We'd wipe out the opposition and leave the entire country free to finally live through that. |
| UCE: | Yep. |
| HS: | You know what I'm saying? |
| UCE: | Yeah. |
| HS: | That's a one-to-one. We can do better than that. |
| UCE: | Yeah. |
| HS: | But what I'm saying is, as soon as we—as soon as we pull our trigger against the fucking person, you will succeed, we'd be done. You have—you have done more than your fair share. |
| UCE: | Yeah. |
| HS: | **5:31** And that's a victory. |
| UCE: | Yeah. |
| HS: | Whatever happens after that is icing on the cake. |
| UCE: | Yeah. |
| HS: | And so, that—that—that numbers game, like, just take out one here, one there, you know? |
| UCE: | Yeah. |

File Number: WF-3474054

HS:      Maybe every few months, you know?

UCE:     [OV] Yeah.

HS:      [OV] It doesn't necessarily have to be a full-time thing. It's like, but we're doing something--

UCE:     Yeah.

HS:      --that's going to have a big impact.

UCE:     Oh, I get it. Yeah.

HS:      [OV] Yeah, if you take them out in a way—what I really [UI] all right, kidnaping is harder . . .

UCE:     I can't--

HS:      [OV] I think kidnappings are harder, but I--

UCE:     [OV] Kid—kidnapping is hard--

HS:      [OV] Kidnappings are harder than killing people--

UCE:     Yeah.

HS:      --but they're more effective. What I would love to see is you take somebody out, and they simply disappear. Nobody knows what happened to them.

UCE:     [OV] Yeah.

HS:      [OV] That means we can't report on it, the media doesn't know how to spin it.

UCE:     Yep.

HS:      And so . . . And all of those people who were left behind have—have no way to close that bridge, no way to know if they're in danger. Did that person leave?

UCE:     Yeah.

HS:      Was it only poor? Yeah, maybe he took his car and his wallet and his laptop.

UCE:     Yeah.

HS:      We don't know where he went. Did he know something you didn't know?

UNCLASSIFIED//FOUO

File Number: WF-3474054

UCE:        Yeah.

HS:         **6:30** We need to foster distrust within the opposite side, just like they do for us.

UCE:        Yeah.

HS:         You know?

UCE:        Yeah. I mean, I-I agree, I mean—k-kidnapping is hard but it's probably the cleanest, as you say. The cleanest way to do it.

HS:         Mm.

UCE:        You know?

HS:         Yeah. If—if you leave nothing behind, they never find the body . . .

UCE:        Yeah.

HS:         Absolutely.

UCE:        Yeah, that—that—that'd be an awful lot of planning, too. You probably need a group of people to do that.

HS:         Yeah.

UCE:        You know?

HS:         [UI]

UCE:        [OV] But also too, I mean, you could also make it look like a robbery, too. You know?

HS:         Yeah. A botched robbery or something.

UCE:        You know, like you were—like you were saying, um, the DC guy, you s-- Richard—Richard--

HS:         [OV] Seth Rich?

UCE:        Yeah, Seth Rich. You know?

            [ambient sounds and conversation]

UNCLASSIFIED//FOUO

File Number: WF-3474054

HS:             Uh--


UCE:            Th-those—those solvent traps, can you get more than one round through them, and they still stay quiet, or . . .

HS:             Yeah.

UCE:            You can?

HS:             Um, I—h—I have to test and see the—but yeah, uh, they stay quiet.

UCE:            What's the, um . . . Where can I buy one at? Are they online?

HS:             The—um, Vienna Arsenal has them, just—but--

UCE:            [OV] They do?

HS:             [OV] --but you can also get them online. Um . . .

UCE:            You're probably—you're probably better to get them on—in person, no? To kind of--

HS:             [OV] I would--

UCE:            You know?

HS:             --I-I would think so. Uh--

UCE:            [OV] Yeah.

HS:             But, uh, yeah. Um, yeah, th-th-they sell them—they sell them there. And—and—and—and if you could go to Vienna Arsenal or anyplace that--

UCE:            [OV] Yeah.

HS:             [OV] --has them, they know why people are buying them, so you can just—like, you can just point to them and just ask them to explain it to you, and they'll say, "Okay."

UCE:            Yeah.

HS:             "If you do this and this" and then you have to have a form on there. Of course, they're—they're—they're giving you the—the legal version, which they have to do.

UNCLASSIFIED//FOUO

File Number: WF-3474054

| | |
|---|---|
| UCE: | Yeah, correct. |
| HS: | And you don't have to—they know that you're—why you're doing it. |
| UCE: | Yeah. |
| HS: | [OV] Uh, you don't have to say, uh, what's it for. |
| UCE: | [OV] Yeah. |
| HS: | "Sounds good." You know? |
| UCE: | [OV] Yeah. So are they pretty quiet? Like, sh—have you shot yours yet? |
| HS: | I haven't, no. No. |
| UCE: | Okay. Yeah, that's a good way. |
| HS: | Yeah. |
| UCE: | [OV] It's always good to have a-a plan, you know? Because once you need it, it's too late. |
| | [sound of items being placed on table] |
| HS: | Yeah. Yeah. So . . . |
| | [pause in conversation, ambient sounds] |
| UCE: | The pizza getting cold? |
| HS: | What's that? |
| UCE: | The pizza getting cold? |
| HS: | Oh, well, I'm full, which is-- |
| UCE: | [OV] Okay. |
| HS: | [OV] And I figured I w—I would only eat about half of it, but I wanted to . . . |
| UCE: | You have dinner. |
| HS: | Exactly. |

UNCLASSIFIED//FOUO