UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 22-CR-244- TNM |
| **HATCHET SPEED** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**  Hatchet Speed
Alexandria Detention Center

**Name and address of appellant's attorney:**  Brooke Rupert
Courtney Dixon
Office of the Federal Public Defender for
    The Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, VA 22314

**Offenses:**  1s: 18 U.S.C. § 1512(c)(2) and 2 Tampering with a Witness, Victim or Informant; Obstruction of an Official Proceeding and Aiding and Abetting
2s: 18 U.S.C. § 1752(a)(1) Temporary Residence of the President; Entering and Remaining in a Restricted Building
3s: 18 U.S.C. § 1752(a)(2) Temporary Residence of the President; Disorderly and Disruptive Conduct in a Restricted Building
4s: 40 U.S.C. § 5104(e)(2)(D) Violent Entry and Disorderly Conduct on Capitol Grounds; Violent Entry and Disorderly Conduct in a Capitol Building
5s: 40 U.S.C. § 5104(e)(2)(G) Violent Entry and Disorderly Conduct on Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (pronounced 05/08/23; entered 05/22/23): The defendant is sentenced to forty-eight (48) months on Count 1s, twelve (12) months on Counts 2s and 3s, six (6) months on Counts 4s and 5s, with all terms to run concurrently, but consecutively to EDVA 22-CR-165, followed by a term of thirty-six (36) months of Supervised Release on Count 1s and terms of twelve (12) months on Counts 2s and 3s, with all terms of Supervised Release to run concurrently. Total Special Assessment imposed in the amount of $170.00.

**Name of institution where now confined, if not on bail:**  Alexandria Detention Center
2001 Mill Road
Alexandria, VA 22314

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

<u>May 22, 2023</u>　　　　　　　　　　　　　　　　　　　　　<u>Hatchet Speed</u>
DATE　　　　　　　　　　　　　　　　　　　　　　　　　　APPELLANT

CJA, NO FEE <u>　　　FPD　　　　</u>　　　　　　　　　<u>Geremy Kamens　　　　　</u>
PAID USDC FEE <u>　NO　　　　</u>　　　　　　　　　FEDERAL PUBLIC DEFENDER
PAID USCA FEE <u>　NO　　　　</u>　　　　　　　　　ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes